**Index of Exhibits**

| Exhibit | Title/Description |
|---|---|
| A | Chevrolet Bolt Safety Recall Report |
| B | Letter from NHTSA to General Motors |
| C | News Article, *If You Want Nissan Leaf or Chevy Volt/Bolt Check Out How the Battery Is Cooled* |
| D | News Article, *Presenting the Best of CES 2016 winners!* |
| E | News Article, *2017 Chevy Bolt's Trophy Case Is Filling Up* |
| F | News Article, *Bolt EV Powertrain: How Did GM And LG Collaborate On Design, Production?* |
| G | News Article, *Chevrolet Develops Bolt EV Using Strategic Partnership* |
| H | News Article, *New GM-LG Partnership On Chevy Bolt EV Shows Why Barra Is Resisting Fiat Merger* |
| I | News Article, *FAQs for Electric Vehicle Shoppers* |
| J | Chevrolet Press Release, *Chevrolet Bolt EV – 2017* |
| K | News Article, *2017 Chevrolet Bolt EV First Drive* |
| L | News Article, *EV Comparison: Tesla Model 3 vs. Chevy Bolt* |
| M | News Article, *2017 Chevrolet Bolt EV vs. 2016 Tesla Model S 60: High-Voltage* |
| N | News Article, *2017 Chevrolet Bolt EV* |
| O | News Article, *Bolt EV Offers 238 Miles of Range* |
| P | News Article, *Yes, ads for the Chevy Bolt EV electric car do actually exist; here's one* |
| Q | YouTube Video, *The All Electric Chevrolet Bolt EV – 238 Miles Per Full Charge* |
| R | Chevrolet Press Release, *Chevrolet Delivers First Bolt EVs to Customers* |
| S | Chevrolet Press Release, *2018 Chevrolet Bolt EV Specification* |
| T | Chevrolet Press Release, *Chevrolet Bolt EV – 2019* |
| U | U.S. Department of Energy Press Release, *Batteries for Hybrid and Plug-In Electric Vehicles* |

| | |
|---|---|
| V | News Article, *How Lithium Ion Batteries in EVs Catch Fire* |
| W | News Article, *April 2020 Fire Report: How & Why Do Lithium-Ion Batteries Fail, Insight from the Jedi Master of Lithium Power!* |
| X | NHTSA Press Release, *Advancing Safety by Addressing Defects and Raising Awareness* |
| Y | News Article, *3 Takeaways from GM's Q&A with a Chevy Bolt EV Battery Expert* |
| Z | Email from Chevrolet to 2017 Bolt Owners |