# Exhibit B



**U.S. Department of Transportation**
**National Highway Traffic Safety**
**Administration**

**1200 New Jersey Avenue SE**
**Washington, DC 20590**

November 13, 2020

Ms. Regina Carto
Executive Director - Global Safety Field Investigations & Regulatory
General Motors LLC
GM Global Tech Center
29247 Louis Chevrolet Rd, Floor 2
Warren, MI 48093

NEF-150DM

20V-701

**Subject:**  High Voltage Battery May Catch Fire

Dear Ms. Carto:

This letter serves to acknowledge General Motors LLC's notification to the National Highway Traffic Safety Administration (NHTSA) of a safety recall which will be conducted pursuant to Federal law for the product(s) listed below. Please review the following information to ensure that it conforms to your records as this information is being made available to the public. If the information does not agree with your records, please contact us immediately to discuss your concerns.

**Makes/Models/Model Years:**
CHEVROLET/BOLT EV/2017-2019

**Mfr's Report Date:**  November 13, 2020

**NHTSA Campaign Number:**  20V-701

**Components:**
ELECTRICAL SYSTEM:PROPULSION SYSTEM:TRACTION BATTERY

**Potential Number of Units Affected:**  50,932

**Problem Description:**
General Motors LLC (GM) is recalling all 2017-2018 and certain 2019 Chevrolet Bolt EV vehicles.  The high voltage battery could catch fire when charged to full or nearly full capacity.

**Consequence:**
A battery fire increases the risk of injury.

**Remedy:**
GM will notify owners, and as an interim repair, beginning on November 17, 2020, dealers will reprogram the hybrid propulsion control module 2 (HPCM2) to limit the full charge to 90%, free of charge.  Owners are advised to activate either the Hill Top Reserve (2017 and 2018 models) or Target Charge Level (2019 models) feature in their vehicle to limit the charge level to 90%, or park outside, until the software update is completed.  The final remedy is still under development.  Owners will be notified of the interim repair beginning November 23, 2020.  A second notice will be mailed when the final repair becomes available.  Owners may contact the Bolt EV Concierge Team at 1-833-382-4389.  GM's number for this recall is N202311730.



**Notes:**
Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

**Please ensure the following requirements are met:**

A description of the manufacturer's program for remedying the defect or noncompliance (49 CFR 573.6 (c)(8)(i)).

**AMENDED 573 REQUIRED.**

We have received GM's proposed interim owner letter and approved it for distribution.

Please be reminded of the following requirements:

Copies of all notices, bulletins, dealer notifications, and other communications that relate to this recall, including a copy of the final owner notification letter and any subsequent owner follow-up notification letter(s), are required to be submitted to this office no later than 5 days after they are originally sent (if they are sent to more than one manufacturer, distributor, dealer, or purchaser/owner).

Please be reminded that under 49 U.S.C. § 30112(a)(3), it is illegal for a manufacturer, to sell, offer for sale, import, or introduce or deliver into interstate commerce, a motor vehicle or item of motor vehicle equipment that contains a safety defect once the manufacturer has notified NHTSA about that safety defect.  This prohibition does not apply once the motor vehicle or motor vehicle equipment has been remedied according to the manufacturer's instructions.

As stated in Part 573.7, submission of the first of six consecutive quarterly status reports is required within one month after the close of the calendar quarter in which notification to purchasers occurs.  Therefore, the first quarterly report will be due on, or before, 30 days after the close of the calendar quarter.

Your contact for this recall will be DeMara Magruder who may be reached by phone at (202) 366-8538, or by email at demara.magruder@dot.gov. We look forward to working with you.

Sincerely,

Joshua Neff
Chief, Recall Management Division
Office of Defects Investigations
Enforcement

