# Exhibit H

# New GM-LG Partnership On Chevy Bolt EV Shows Why Barra Is Resisting Fiat Merger

forbes.com/sites/samabuelsamid/2015/10/21/general-motors-and-lg-team-up-to-jointly-develop-2017-chevrolet-bolt-ev/

October 21, 2015

|Oct 21, 2015,08:07am EDT



Sam AbuelsamidSenior Contributor
Opinions expressed by Forbes Contributors are their own.

Transportation
A lifetime in the car business, first engineering, now communicating

This article is more than 5 years old.

2015 Chevrolet Bolt EV Concept (photo credit: General Motors)

For most of the past year we've been listening to Sergio Marchionne, CEO of Fiat Chrysler Automobiles , making the argument for further industry consolidation in order to spread the costs of developing the advanced technologies that are needed to meet efficiency and emissions standards. Marchionne has painted a bulls-eye on General Motors headquarters

in Detroit as he urges investors to back his drive for a merger while the management team at the Renaissance Center stubbornly resists his entreaties. With this week's announcement of GM's wide-ranging partnership with South Korea's LG Group to develop the 2017 Chevrolet Bolt EV, we are starting to see some clues about why GM CEO Mary Barra thinks her company can do without an FCA merger.

Automakers have long talked about how important suppliers are to the success of new products but until the past decade that relationship has often remained shockingly adversarial. The car manufacturers would regularly pit parts makers against each other in hopes of eking out a slightly lower piece price on each component or system. GM appears to finally be leaving that short-sighted approach behind through its joint-development agreement with LG. Joint-development is nothing new to GM or other automakers. GM currently has a partnership with Ford to develop 10-speed automatic transmissions a decade after working with the Dearborn automaker on a six-speed transmission. Between 2005 and 2008, GM also partnered with BMW and then-DaimlerChrysler on the two-mode hybrid system.

2015 Chevrolet Bolt EV Concept (photo credit: General Motors)

The partnership with LG appears to run much deeper and is an outgrowth of the work they did to develop lithium-ion batteries for the Chevrolet Volt and Spark EV. When GM decided in 2007 to move from concept to production with the Volt, LG Chem and A123 were given development contracts for the batteries, but the Korean industrial giant quickly outpaced the performance of the American startup. LG Chem eventually established a cell manufacturing facility in Holland, Mich. and has worked aggressively to improve the capacity and reduce the cost of its cells.

Several years ago, when GM started looking at a next-generation BEV they included LG from the start and the relationship quickly blossomed beyond lithium-ion cells. LG is one of the world's largest manufacturers of consumer electronics, flat panel displays and electrical products of all kinds. By 2013, LG established LG Electronics Vehicle Components to leverage the capabilities within several of its other businesses specifically for the auto industry.

LG manufactures millions of electric motors every year and plans to bring that scale and expertise to fabricating the drive motors that GM has developed at its powertrain engineering center in Pontiac, Mich.and motor facility in Wixom, Mich. GM and LG have also collaborated on the power electronics, charging systems, power distribution, climate control, instrumentation, infotainment and communications systems.

2015 Chevrolet Bolt EV Concept (photo credit: General Motors)

It's unusual for any single supplier to be so involved in so many critical systems but Mark

Reuss, GM executive vice-president for product development explained that this collaboration has enabled much tighter integration and a reduction in costly engineering changes. The integration and optimization is expected to contribute to significantly improved energy efficiency in all aspects of the vehicle. That will be critical to achieving GM's range target of 200 miles for the Bolt. During a briefing at the GM Technical Center, Pamela Fletcher, executive chief engineer for electrified powertrains expressed confidence that they will achieve at least that range along with surprisingly good performance.

Equally as important as the range for the success of the Bolt is the price point. GM is targeting a starting price of under $30,000 after incentives when the Bolt goes on sale late next year and hopes to achieve that without losing the same $14,000 Marchionne claims FCA loses on every Fiat 500e. In addition to the system-wide integration enabled by the LG partnership, Reuss recently claimed that LG Chem was on target to get its cell cost down to $145/kWh by late 2016. Even doubling that for an estimated pack cost of about $300/kWh, that's still just a fraction of the estimated $1,000/kWh that the original Volt pack was believed to cost in 2010.

A key element in driving down costs has been getting more energy and power from each cell. For the 2016, GM and LG Chem reduced the cell count from 288 to just 192 while boosting capacity to 18.4-kWh from 17.1 on the 2015 model. Reducing the number of cells by one-third reduces part counts throughout the pack, making the Bolt's price target suddenly seem very plausible.

Without such a close working relationship with LG, it seems improbable that GM would be able to achieve a car with the projected specifications of the Bolt by 2016, well ahead of the eventual arrival of other affordable 200-mile BEVs. We still have a year to wait before we learn if GM and LG can really deliver but there are now hundreds of engineers and more than 100 integration prototypes actively accumulating miles at locations around the world with that goal. In a way Marchionne may be right that automakers will need partnerships to meet future goals, just wrong about who the partners should be.



Sam Abuelsamid

I've spent my adult life working in and around the automotive industry. After earning a mechanical engineering degree from GMI I spent the next 17 years working on

...
I've spent my adult life working in and around the automotive industry. After earning a mechanical engineering degree from GMI I spent the next 17 years working on electronic control systems that help cars stop, go and change direction before I drove away to write about what other engineers were creating. Since then I've been trying to educate my readers, viewers and listeners about how the latest automotive technology works, what it can do and perhaps more importantly, what it can't do. Since 2014 I've been combining my communications and engineering knowledge as a principal analyst with Navigant Research covering alternative fuels, advanced driving technologies and connected vehicles. I also co-host the Wheel Bearings podcast at https://wheelbearings.media/

- Print
- Reprints & Permissions