# Exhibit J

# Pressroom United States

**media.chevrolet.com**/media/us/en/chevrolet/vehicles/bolt-ev/2017.html





- Product Information
- Specifications

## Product Information

### FAST FACT

Connectivity features include EV-specific navigation capability that designs routes to maximize range and provide locations of nearby charging stations if needed.

### BASE PRICE
Approximately $30,000 after full federal tax credit.

### EPA VEHICLE CLASS
Small Wagon

### NEW FOR 2017

- Offers an EPA-estimated 238 miles of range
- Clean-sheet design with crossover-like proportions
- Bluetooth low energy seamlessly connects a smartphone to the vehicle when the owner approaches
- Production begins in late 2016

**VEHICLE HIGHLIGHTS**

- Bolt EV's drive system uses a single, high-capacity electric motor for propulsion
- The motor is capable of producing up to 266 lb.-ft. (360 Nm) of torque and 200 hp (150 kW) of motoring power. Combined with a 7.05:1 final drive ratio, that helps propel the Bolt EV from 0-60 mph in less than seven seconds
- Power delivery is controlled by Chevrolet's first Electronic Precision Shift system – a shift and park-by-wire system that sends electronic signals to the Bolt EV's drive.
- A by-wire shifter requires less packaging space than a traditional mechanical shifter, resulting in more interior space and improved interior layout.
- 60 kWh lithium ion battery pack, featuring five sections, 10 modules and 96 cell groups (three cells per group)
- Flat battery pack spans the entire length of the vehicle's floor
- A 7.2 kW onboard charger for regular overnight charging from a 240-V wall box is standard. With it, a typical commute of 50 miles can be recharged in less than two hours.
- An available DC Fast Charging system using the industry standard SAE Combo connector, enabling the battery to be charged up to 90 miles of range in 30 minutes (outside temperatures may affect charging time)
- Regenerative braking feature has the ability to provide one-pedal driving
- Large 10.2-inch-diagonal color touch-screen display with "flip-board" operation
- Rear camera mirror and Surround Vision
- Large greenhouse provides panoramic visibility, with upright SUV-like seating
- LED headlamps and taillamps
- "Floating" instrument panel and multipurpose, connected center console – offers wireless phone charging and a compartment large enough to stow a tablet device

**SAFETY FEATURES**

- Ten standard air bags
- Standard rear-vision camera
- Available active safety features including Side Blind Zone Alert, Rear Cross Traffic Alert, Forward Collision Alert and Forward Pedestrian Alert
- Extensive use of high-strength steel throughout the body structure