# Exhibit O

# Bolt EV Offers 238 Miles of Range

media.chevrolet.com/media/us/en/chevrolet/home.detail.html/content/Pages/news/us/en/2016/sep/0913-boltev.html



**DETROIT** – Chevrolet promised to offer the first affordable electric vehicle with 200 miles or more of range and will exceed those expectations when the 2017 Bolt EV goes on sale later this year. With the vehicle's EPA-estimated range of 238 miles, owners can expect to go beyond their average daily driving needs — with plenty of range to spare — in the 2017 Bolt EV when charging regularly.

"Chevrolet showed the world the production version Bolt EV earlier this year and in a few short months we've moved from that vision to a reality," said GM North America President Alan Batey. "The Bolt EV is a game changer for the electric car segment and it will start to become available at Chevrolet dealerships later this year."

Bolt EV buyers won't be able to find a better value for an all-electric, thrill-inducing ride with an expected MSRP below $37,500 and before available federal tax credit of up to $7,500*. Plenty of range, cargo space, technology and safety features make the Bolt EV a great package for any driver.

"While range is important, we knew Bolt EV owners would want more — more space and more power — and the Bolt EV delivers," said Bolt EV Chief Engineer Josh Tavel. "Our team took special pride in optimizing every aspect of this vehicle, especially its impressive range and ride dynamics."

When the Bolt EV arrives at select Chevrolet dealerships in late 2016, Chevrolet will offer a flavor of electrification to meet any customer's needs. Whether it's the pure electric Bolt EV, the Chevrolet Volt or the Chevrolet Malibu Hybrid, Chevrolet dealerships are full of affordable options for an efficient and engaging driving experience. More information on the Chevrolet electric family and the benefits of driving electric can be found at ChevyEVlife.com.

*Final Manufacturer's Suggested Retail Price not yet announced and does not include, tax, title, license or optional equipment. Actual savings from the federal government depend on individual tax situations.

Founded in 1911 in Detroit, Chevrolet is now one of the world's largest car brands, doing business in more than 115 countries and selling more than 4.0 million cars and trucks a year. Chevrolet provides customers with fuel-efficient vehicles that feature engaging performance, design that makes the heart beat, passive and active safety features and easy-to-use technology, all at a value. More information on Chevrolet models can be found at www.chevrolet.com.

## Images

See More Photos



















## Videos

### DOWNLOAD HD VIDEOS

## Contacts