# Exhibit Q



#ad #adverts #advertisement

The All Electric Chevrolet Bolt EV - 238 Miles Per Full Charge | Chevrolet Bolt EV - Commercial TVC

207 views • Jan 11, 2017

 1   0   SHARE    SAVE  

 **Commercials**
15.2K subscribers

SUBSCRIBE

Introducing The All Electric Chevrolet Bolt EV Car 2017 Edition. 238 Miles EPA-Estimated Range Per Full Charge. Starting At MSRP $37,495.

SHOW MORE