# Exhibit R

# Chevrolet Delivers First Bolt EVs to Customers

media.chevrolet.com/media/us/en/chevrolet/home.detail.html/content/Pages/news/us/en/2016/dec/1213-boltev.html



**FREMONT, Calif.** — In the San Francisco Bay area today, Chevrolet delivered the first three Bolt EVs to customers, fulfilling the brand's promise to offer a long-range electric vehicle at an affordable price.

"All of the hard work that the Chevrolet team have put into designing, engineering and building the Bolt EV brings us to this truly satisfying moment of making the first deliveries to customers on-time, as planned," said Alan Batey, president of GM North America and Global Chevrolet brand chief. "Chevrolet is proud to offer a vehicle like the Bolt EV, with ground-breaking technology wrapped in a modern design that is also fun-to-drive at an affordable price."

Watch Video At: https://youtu.be/qkaCRrYTC18



The first three customers to receive the highly anticipated Bolt EV are excited to take delivery and include:

- William "Bill" Mattos, a retired law enforcement officer from Fremont, California, whose new Bolt EV becomes his third Chevrolet electric, after previously owning a Spark EV and second-generation Volt
- Bobby Edmonds, a software developer with a family of four from Castro Valley, California, who replaces a BMW i3 with the Bolt EV
- Steve Henry, a commercial real estate broker with a family of five from Portola Valley, California, whose new Bolt EV replaces a Toyota Prius

"The range and technology attracted me to the Bolt EV," says Bobby Edmonds. "It's also a great-looking, roomy vehicle and I love the fact it's from an American brand. I look forward to the longer drives I can make compared to the i3 that I owned."

Named the Motor Trend 2017 Car of the Year®, the Bolt EV offers an EPA-estimated 238 miles of range on a full charge, enabling owners to go beyond average daily driving needs with range to spare.

The Bolt EV begins at a manufacturer's suggested retail price of $37,495, which includes destination and freight charges, but excludes tax, title, license and dealer fees. Depending on individual tax situations, customers may receive an available federal tax credit of up to $7,500.

Standard features include electronic precision shift, Regen on Demand™ steering wheel paddle and 10.2-inch-diagonal color touch screen. The top-trim Premier model adds leather-appointed seats, front and rear heated seats, surround camera, rear camera mirror and more.

Bolt EVs are currently in transit to California and Oregon markets and are arriving this month. A national rollout begins in 2017, and a number of Northeast and Mid-Atlantic States including New York, Massachusetts and Virginia will see first deliveries this winter. Bolt EVs will arrive to more dealerships in additional major metro markets throughout the first half of 2017. The Bolt EV will be available at Bolt EV-certified dealerships across the United States in mid-2017.

More information on the benefits of driving electric can be found at www.ChevyEVlife.com. More information about the Bolt EV can be found at www.chevrolet.com/bolt-ev.

**ABOUT CHEVROLET**

Founded in 1911 in Detroit, Chevrolet is now one of the world's largest car brands, doing business in more than 115 countries and selling more than 4.0 million cars and trucks a year. Chevrolet provides customers with fuel-efficient vehicles that feature engaging performance, design that makes the heart beat, passive and active safety features and easy-to-use technology, all at a value. More information on Chevrolet models can be found at www.chevrolet.com.




Customers Bobby Edmonds (l to r) of Castro Valley, CA, William "Bill" Mattos of Fremont, CA, and Steve Henry of Portola Valley, CA take delivery of the first three 2017 Chevrolet Bolt EVs Tuesday, December 13, 2016 at Fremont Chevrolet in Fremont, CA. The all-electric Bolt EV offers an EPA-estimated 238 miles of range on a full charge. (Photo by Martin Klimek for Chevrolet)

## Photos









## Video

## Contacts