# Exhibit T



**2019 CHEVROLET BOLT EV**

**FAST FACT**
240-volt charging capability comes standard. With it, if you drive an average daily commute of 40 miles, you could full replenish the battery in less than 2 hours.

**STARTING MSRP**
$37,495 with DFC and before benefits of federal or state tax incentives[1]

**EPA VEHICLE CLASS**
Small Wagon

**NEW FOR 2019**
- Exterior colors: Green Mist Metallic, Slate Gray Metallic and Shock
- Tire Fill Alert

**VEHICLE HIGHLIGHTS**
- Two trim levels available: LT and Premier
- EPA-estimated 238 miles of range on a full charge[2]
- Bolt EV's drive system uses a single, high-capacity electric motor for propulsion
- The motor is capable of producing up to 266 lb.-ft. (360 Nm) of torque and 200 hp (150 kW) of motoring power, enabling 0-60 mph in 6.5 seconds
- Power delivery is controlled by Electronic Precision Shift system
- The Bolt EV's advanced 60 kilowatt-hour lithium-ion battery pack is made up of 288 individual cells
- An available DC Fast Charging system enables the battery to be charged up to 90 miles of range in 30 minutes (outside temperatures may affect charging time)[3]
- Regen on Demand allows you to convert kinetic energy into energy stored within the battery for future use. A simple pull and hold of then Regen on Demand paddle on your steering wheel can decelerate your vehicle and store energy for future use
- One Pedal Driving. While driving in Low mode at any speed, One Pedal Driving lets you speed up and slow down using only the accelerator pedal. When you want to speed up, press your foot down like you normally would. And when you want to slow down, just lift your foot off the accelerator. One Pedal Driving helps you capture some of the energy from the moving vehicle and turns it back into electrical energy which is stored in the battery. Of course, you should always use your brake pedal if you need to stop quickly.
- Chevrolet Infotainment 3 system[4] with 10.2-inch-diagonal color touchscreen display with "flip-board" operation
- "Floating" instrument panel and multipurpose, connected center console – offers wireless phone charging[5] and a compartment large enough to stow a tablet device
- Built-in Wi-Fi® Hotspot with available 4G LTE data (3GB or 1-month data trial)[6]
- Infotainment Package is available on Premier and includes Bose® premium 7-speaker system with subwoofer, wireless device charging[5] and two USB charging-only ports[7] for rear passengers
- Large greenhouse provides panoramic visibility, with upright SUV-like seating
- LED headlamps and taillamps



- Comfort and Convenience Package is available on LT and included with Premier. Content includes heated driver and front passenger seats, automatic heated leather-wrapped steering wheel and auto-dimming inside rearview mirror
- Heated front and rear seats are standard on Premier; heated front seats are available on LT (included with Comfort and Convenience Package)
- Standard Keyless Entry and Start
- Standard Teen Driver

**SAFETY FEATURES**
- Ten standard air bags[8], standard Rear Vision Camera[9], and Tire Fill Alert
- Surround Vision and Rear Camera Mirror are standard on Premier[9]
- Driver Confidence Package is available on LT and included on Premier. Content includes: Lane Change Alert with Side Blind Zone Alert, Rear Cross Traffic Alert and Rear Park Assist[9]
- Driver Confidence II Package is available on LT and Premier and includes Low Speed Forward Automatic Braking, Lane Keep Assist with Lane Departure Warning, Forward Collision Alert, Following Distance Indicator, Front Pedestrian Braking and IntelliBeam headlamps[9]

---

[1]MSRP. Includes destination charge, but excludes tax, title, license and dealer fees. Optional equipment is extra.
[2]Your actual range will vary, based on several factors, including temperature, terrain, and driving.
[3]Charging rate varies based on output of the charge unit, vehicle settings and outside temperature.
[4]Chevrolet Infotainment System functionality varies by model. Full functionality requires compatible Bluetooth and smartphone, and USB connectivity for some devices.
[5]The system wirelessly charges one PMA- or Qi-compatible mobile device. Some phones have built-in wireless charging technology and others require a special adaptor/back cover. To check for phone or device compatibility, see (my.chevrolet/com/learn) or consult your carrier. [6]Service varies with conditions and location. Requires active service plan and paid AT&T data plan. See onstar.com for details and limitations. Properly equipped vehicles receive 1 month or 3GB of 4G LTE data (whichever comes first). Availability subject to change.
[7]Not compatible with all devices.
[8]Always use seat belts and child restraints. Children are safer when properly secured in a rear seat in the appropriate child restraint. See your vehicle Owner's Manual for more information.
[9]Safety or driver assistance features are no substitute for the driver's responsibility to operate the vehicle in a safe manner. The driver should remain attentive to traffic, surroundings and road conditions at all times. Visibility, weather, and road conditions may affect feature performance. Read the vehicle's owner's manual for more important feature limitations and information.
[10]Whichever comes first. See dealer for details.
[11]Cargo and load capacity limited by weight and distribution.

# # #

**2019 CHEVROLET BOLT EV SPECIFICATIONS**

**EFFICIENCY[2]**

| Driving Range: | EPA-estimated 238 miles on a full charge |
|---|---|

**BATTERY SYSTEM**

| Type: | Rechargeable energy storage system |
|---|---|



| | comprising multiple linked modules |
|---|---|
| Mass (lb / kg): | 947 / 430 |
| Battery chemistry: | Lithium-ion |
| Cells: | 288 |
| Energy: | 60 kWh |
| Warranty[10]: | 8-years / 100,000 miles of battery and electric components coverage |

**ELECTRIC DRIVE**

| Type: | Single motor and gearset |
|---|---|
| Motor: | Permanent magnetic drive motor |
| Power: | 200 hp / 150 kW |
| Torque: (lb-ft / Nm): | 266 / 360 |
| Final drive ratio (:1): | 7.05:1 |

**CHARGING TIMES[3]**

| 120 V: | 4 miles / 6.4 km of range per hour |
|---|---|
| 240 V: | Full charge in 9.5 hours |
| DC Fast Charge: | Up to 90 miles in 30 minutes |

**CHASSIS & SUSPENSION**

| Front Suspension: | Independent MacPherson strut-type with direct-acting solid stabilizer bar |
|---|---|
| Rear Suspension: | Compound crank (torsion beam) with coil springs |
| Steering Type: | Column-mounted electric power steering |
| Turning Circle (ft. / m): | 35.4 / 10.8 |
| Brake Type: | Four-wheel disc with ABS; electro-hydraulic; partially regenerative |
| Brake Rotor Size: (in. / mm) | Front: 11 / 276 vented<br>Rear: 10 / 264 solid |
| Wheel Size: | 17-in. aluminum |
| Tire Size: | Michelin Energy Saver A/S 215/50R17 all-season |

**EXTERIOR DIMENSIONS**

| Wheelbase (in. / mm): | 102.4 / 2601 |
|---|---|
| Overall Length (in. / mm): | 164 / 4166 |
| Overall Width (in. / mm): | 69.5 / 1765 |
| Overall Height | 62.8 / 1595 |



| | |
|---|---|
| (in. / mm): | |
| Track (in. mm): | 59.1 / 1501 (front) |
| | 59.1 / 1501 (rear) |

**INTERIOR DIMENSIONS**

| | |
|---|---|
| Headroom (in / mm): | 39.7 / 1008 (front) |
| | 37.9 / 963 (rear) |
| Legroom (in. / mm): | 41.6 / 1057 (front) |
| | 36.5 / 927 (rear) |
| Shoulder Room (in. / mm): | 54.6 / 1387 (front) |
| | 52.8 / 1341 (rear) |
| Hip Room (in. / mm): | 51.6 / 1311 (front) |
| | 50.8 / 1290 (rear) |

**WEIGHTS & CAPACITIES**

| | |
|---|---|
| Curb Weight (lb. / kg): | 3563 / 1616 |
| EPA Passenger Volume (cu. ft. / L): | 94.4 / 2673 |
| Cargo Volume Behind Second Row Seat (cu. ft. / L)[11]: | 16.9 / 478.6 |
| Max Cargo volume (cu. ft. / L)[11]: | 56.6 / 1603 |