# Exhibit Z



Rapid Retail-005029 | Nov 2020 | 480px **EMAIL** | Chevy Bolt Recall EM | RRCH01: 2017

| FROM: | Chevrolet |
|---|---|
| SUBJECT: | Important safety information regarding your Chevrolet Bolt EV |
| PREHEADER: | For more information, visit Chevy.com/boltevrecall › |



**CHEVROLET**    For more information, visit **Chevy.com/boltevrecall ›**



[Firstname],

As you may be aware, the National Highway Traffic Safety Administration (NHTSA) launched an investigation into a few reports the agency received from Chevrolet Bolt EV owners about potential fires. GM had already been investigating these reports prior to that announcement, in cooperation with the NHTSA.

We wanted you to hear directly from Chevrolet about your vehicle and what you can expect from us. General Motors and Chevrolet have decided to voluntarily recall select 2017 – 2019 model-year Chevrolet Bolt EVs with high voltage batteries produced at LG Chem's Ochang, South Korea facility that may pose a risk of fire when charged to full, or very close to full, capacity.

The safety of our products is the highest priority for the entire GM and Chevrolet teams. We are working around the clock on our continued investigation.

We will be providing our dealers with a software update beginning November 17, 2020 that will limit the charge for all the vehicles in this population to 90% while we continue to investigate the cause of these incidents. In the meantime, we know that the safety of our owners and their families is paramount, which is why we're asking owners to take the following steps now that will limit the charge capacity to 90% and reduce the risk of fire.

**For your 2017 model-year Bolt EV:**

- Change the vehicle charge settings to use the Hill Top Reserve option

For instructions on how to activate these settings, please view the video at our website: **Chevy.com/boltevrecall ›**

If you are unable to successfully make these changes, or do not feel comfortable making these changes, we ask you to not park your car in your garage or carport until after you have visited your dealer.

We recommend scheduling a service appointment with your dealership beginning November 17th to update the vehicle's battery software to automatically limit the maximum state of charge to 90%. Our engineers are working around the clock to identify a permanent fix and we intend to deploy a final remedy to remove the 90% limitation as quickly as possible after the first of the year, 2021.

**For More Information:**

1. Visit us online at **Chevy.com/boltevrecall ›**
2. Contact our dedicated customer support team, Chevrolet EV Concierge, at 1-833-EVCHEVY — available Monday through Friday from 8:00 a.m. – 7:00 p.m. EST
3. Contact your preferred Chevrolet EV dealer

We apologize for this inconvenience and are committed to finding a final solution to this issue as soon as possible.

*Steve Hill*

Steve Hill
U.S. Vice President, Chevrolet

**FIND NEW ROADS**      **CHEVROLET**

To ensure you receive your Chevrolet emails, please add Your_Chevrolet_Team@emails.Chevrolet.com to your Address Book.

The marks of General Motors, its divisions, slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this email are the trademarks and/or service marks of General Motors, its subsidiaries, affiliates or licensors.

You are receiving this email because you are a valued Chevrolet owner.

Copyright & Trademark | GM Privacy Statement

Chevrolet | 100 Renaissance Center | 482.A00.MAR | Detroit, MI 48265 | 1-800-950-2438

© 2020 General Motors. All rights reserved.

RRCH01



Rapid Retail-005029 | Nov 2020 | 480px **EMAIL** | Chevy Bolt Recall EM | RRCH02: 2018

| | |
|---|---|
| **FROM:** | **Chevrolet** |
| **SUBJECT:** | **Important safety information regarding your Chevrolet Bolt EV** |
| **PREHEADER:** | For more information, visit Chevy.com/boltevrecall › |



**CHEVROLET**    For more information, visit **Chevy.com/boltevrecall ›**



[Firstname],

As you may be aware, the National Highway Traffic Safety Administration (NHTSA) launched an investigation into a few reports the agency received from Chevrolet Bolt EV owners about potential fires. GM had already been investigating these reports prior to that announcement, in cooperation with the NHTSA.

We wanted you to hear directly from Chevrolet about your vehicle and what you can expect from us. General Motors and Chevrolet have decided to voluntarily recall select 2017 – 2019 model-year Chevrolet Bolt EVs with high voltage batteries produced at LG Chem's Ochang, South Korea facility that may pose a risk of fire when charged to full, or very close to full, capacity.

The safety of our products is the highest priority for the entire GM and Chevrolet teams. We are working around the clock on our continued investigation.

We will be providing our dealers with a software update beginning November 17, 2020 that will limit the charge for all the vehicles in this population to 90% while we continue to investigate the cause of these incidents. In the meantime, we know that the safety of our owners and their families is paramount, which is why we're asking owners to take the following steps now that will limit the charge capacity to 90% and reduce the risk of fire.

**For your 2018 model-year Bolt EV:**

- Change the vehicle charge settings to use the Hill Top Reserve option

For instructions on how to activate these settings, please view the video at our website: **Chevy.com/boltevrecall ›**

If you are unable to successfully make these changes, or do not feel comfortable making these changes, we ask you to not park your car in your garage or carport until after you have visited your dealer.

We recommend scheduling a service appointment with your dealership beginning November 17th to update the vehicle's battery software to automatically limit the maximum state of charge to 90%. Our engineers are working around the clock to identify a permanent fix and we intend to deploy a final remedy to remove the 90% limitation as quickly as possible after the first of the year, 2021.

**For More Information:**

1. Visit us online at **Chevy.com/boltevrecall ›**
2. Contact our dedicated customer support team, Chevrolet EV Concierge, at 1-833-EVCHEVY — available Monday through Friday from 8:00 a.m. – 7:00 p.m. EST
3. Contact your preferred Chevrolet EV dealer

We apologize for this inconvenience and are committed to finding a final solution to this issue as soon as possible.

*Steve Hill*

Steve Hill
U.S. Vice President, Chevrolet

**FIND NEW ROADS™**    **CHEVROLET** 

To ensure you receive your Chevrolet emails, please add Your_Chevrolet_Team@emails.Chevrolet.com to your Address Book.

The marks of General Motors, its divisions, slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this email are the trademarks and/or service marks of General Motors, its subsidiaries, affiliates or licensors.

You are receiving this email because you are a valued Chevrolet owner.

Copyright & Trademark | GM Privacy Statement

Chevrolet | 100 Renaissance Center | 482.A00.MAR | Detroit, MI 48265 | 1-800-950-2438

© 2020 General Motors. All rights reserved.

RRCH02



| | |
|---|---|
| **FROM:** | **Chevrolet** |
| **SUBJECT:** | **Important safety information regarding your Chevrolet Bolt EV** |
| **PREHEADER:** | For more information, visit Chevy.com/boltevrecall › |





CHEVROLET

For more information, visit **Chevy.com/boltevrecall ›**

[Firstname],

As you may be aware, the National Highway Traffic Safety Administration (NHTSA) launched an investigation into a few reports the agency received from Chevrolet Bolt EV owners about potential fires. GM had already been investigating these reports prior to that announcement, in cooperation with the NHTSA.

We wanted you to hear directly from Chevrolet about your vehicle and what you can expect from us. General Motors and Chevrolet have decided to voluntarily recall select 2017 – 2019 model-year Chevrolet Bolt EVs with high voltage batteries produced at LG Chem's Ochang, South Korea facility that may pose a risk of fire when charged to full, or very close to full, capacity.

The safety of our products is the highest priority for the entire GM and Chevrolet teams. We are working around the clock on our continued investigation.

We will be providing our dealers with a software update beginning November 17, 2020 that will limit the charge for all the vehicles in this population to 90% while we continue to investigate the cause of these incidents. In the meantime, we know that the safety of our owners and their families is paramount, which is why we're asking owners to take the following steps now that will limit the charge capacity to 90% and reduce the risk of fire.

**For your 2019 model-year Bolt EV:**

- Change the vehicle charge settings to enable the Target Charge Level to 90%

For instructions on how to activate these settings, please view the video at our website:
**Chevy.com/boltevrecall ›**

If you are unable to successfully make these changes, or do not feel comfortable making these changes, we ask you to not park your car in your garage or carport until after you have visited your dealer.

We recommend scheduling a service appointment with your dealership beginning November 17th to update the vehicle's battery software to automatically limit the maximum state of charge to 90%. Our engineers are working around the clock to identify a permanent fix and we intend to deploy a final remedy to remove the 90% limitation as quickly as possible after the first of the year, 2021.

**For More Information:**

1. Visit us online at **Chevy.com/boltevrecall ›**
2. Contact our dedicated customer support team, Chevrolet EV Concierge, at 1-833-EVCHEVY — available Monday through Friday from 8:00 a.m. – 7:00 p.m. EST
3. Contact your preferred Chevrolet EV dealer

We apologize for this inconvenience and are committed to finding a final solution to this issue as soon as possible.

*Steve Hill*

Steve Hill
U.S. Vice President, Chevrolet

FIND NEW ROADS™    CHEVROLET

To ensure you receive your Chevrolet emails, please add Your_Chevrolet_Team@emails.Chevrolet.com to your Address Book.

The marks of General Motors, its divisions, slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this email are the trademarks and/or service marks of General Motors, its subsidiaries, affiliates or licensors.

You are receiving this email because you are a valued Chevrolet owner.

Copyright & Trademark | GM Privacy Statement

Chevrolet | 100 Renaissance Center | 482.A00.MAR | Detroit, MI 48265 | 1-800-950-2438

© 2020 General Motors. All rights reserved.

RRCH03