UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBIN ALTOBELLI and F. DAYLE ANDERSEN, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>       Defendant. | Case no. 20-cv-13256<br><br>Honorable Terrence G. Berg |

**STIPULATED ORDER REGARDING INTERIM LEADERSHIP**

As discussed at the May 24, 2021 Status Conference before the Court, the plaintiffs in the above-captioned action and in the seven related actions to be consolidated with *Altobelli* propose the appointment of the below interim leadership structure, in response to which Defendant General Motors takes no position:

  **1.**  **Co-Lead Counsel**

The Miller Law Firm
950 West University Dr., Suite 300
Rochester, MI 48307
https://millerlawpc.com/

Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
https://www.kellerrohrback.com/

## 2. Plaintiffs' Steering Committee

McCune Wright Aravelo, LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761
https://mccunewright.com/

Fine, Kaplan and Black, RPC
1 South Broad St., Suite 2300
Philadelphia, PA 19107
http://www.finekaplan.com/

Migliaccio & Rathod LLP
412 H St. NE, Suite 302
Washington D.C. 20002
https://classlawdc.com/

Law Offices of Todd M. Friedman, PC
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
https://www.toddflaw.com/

Chimicles Schwartz Kriner & Donaldson-Smith LLP
361 West Lancaster Ave
One Haverford Centre
Haverford, PA 19041
https://chimicles.com/

**IT IS SO ORDERED on this 2nd day of June, 2021.**

          **/s/Terrence G. Berg**
          **Hon. Terrence G. Berg**
          **United States District Judge**

**Agreed to by:**

<div style="column-count:2">

By /s/ Gretchen Freeman Cappio
   Gretchen Freeman Cappio (Mich. P84390)
   Lynn Lincoln Sarko
   Ryan McDevitt (Mich. P84389)
   Emma Wright
   KELLER ROHRBACK L.L.P.
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101-3052
   (206) 623-1900
   Fax (206) 623-3384
   gcappio@kellerrohrback.com
   lsarko@kellerrohrback.com
   rmcdevitt@kellerrohrback.com
   ewright@kellerrohrback.com

   E. Powell Miller (Mich. P39487)
   Sharon S. Almonrode (Mich. P33938)
   THE MILLER LAW FIRM, P.C.
   950 W. University Drive, Suite 300
   Rochester, MI 48307
   Tel: (248) 841-2200
   Fax: (248) 652-2852
   epm@millerlawpc.com
   ssa@millerlawpc.com

*Attorneys for Plaintiffs in*
*Altobelli, et al. v. General Motors LLC*

By /s/ David B. Levin
   David B. Levin
   Law Offices of Todd M. Friedman. P.C.
   111 W. Jackson Blvd., Suite 1700
   Tel.: Chicago, IL 60604
   224-218-0882
   Fax: 866-633-0228
   dlevin@toddflaw.com

*Attorneys for Plaintiff in*
*Zahariudakis v. General Motors LLC*

By /s/ John Nadolenco
   John Nadolenco
   Mayer Brown LLP
   350 South Grand Avenue 25th Floor
   Los Angeles, CA 90071
   213-229-9500
   Fax: 213-625-0248
   jnadolenco@mayerbrown.com

*Attorneys for*
*Defendant General Motors LLC*

</div>

By /*s/ David C. Wright*
    David C. Wright
    Mark I. Richards
    Richard D McCune
    Steven A Haskins
    McCune Wright Arevalo LLP
    3281 East Guasti Road Suite 100
    Ontario, CA 91761
    909-557-1250
    Fax: 909-557-1275
    dcw@mccunewright.com
    mir@mccunewright.com
    rdm@mccunewright.com
    sah@mccunewright.com

    *Attorneys for Plaintiffs in*
    *Pankow, et al. v. General Motors LLC,*
    *et al.*

By /*s/ Beena M. McDonald*
    Beena M. McDonald
    Benjamin F Johns
    Samantha E. Holbrook
    Alex M. Kashurba
    Chimicles Schwartz Kriner &
    Donaldson-Smith LLP
    361 W. Lancaster Avenue
    Haverford, PA 19041
    610-642-8500
    bmm@chimicles.com
    bfj@chimicles.com
    seh@chimicles.com

    Tiasha Palikovic
    Wittels McInturff Palikovic
    18 Half Mile Road
    Armonk, NY 10504
    914-775-8862
    tpalikovic@wittelslaw.com


    *Attorneys for Plaintiffs in*
    *Torres, et al. v. General Motors LLC*

By /s/ E. Powell Miller
    E. Powell Miller (P39487)
    Sharon S. Almonrode (P33938)
    Melvin B. Hollowell (P37834)
    Dennis A. Lienhardt (P81118)
    The Miller Law Firm, P.C.
    950 W. University Drive
    Suite 300
    Rochester, MI 48307
    248-841-2200
    Fax: 248-652-2852
    epm@millerlawpc.com
    ssa@millerlawpc.com
    mbh@millerlawpc.com
    dal@millerlawpc.com

    Nicholas A. Migliaccio (P29077)
    Jason S. Rathod (P18424)
    MIGLIACCIO & RATHOD LLP
    412 H Street N.E., Ste. 302
    Washington, DC 20002
    Tel: (202) 470-3520
    nmigliaccio@classlawdc.com
    jrathod@classlawdc.com

    *Attorneys for Plaintiff in*
    *Rankin v. General Motors LLC*

By /*s/* *Gretchen Freeman Cappio*
    Gretchen Freeman Cappio (Mich. P84390)
    Lynn Lincoln Sarko
    Ryan McDevitt (Mich. P84389)
    Emma Wright
    Keller Rohrback L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    (206) 623-1900
    Fax (206) 623-3384
    gcappio@kellerrohrback.com
    lsarko@kellerrohrback.com
    rmcdevitt@kellerrohrback.com
    ewright@kellerrohrback.com

    Zachary C. Schaengold (*admission forthcoming*)
    Justic C. Walker (*admission forthcoming*)
    Markovits, Stock & Demarco
    3825 Edwards Road, Suite 650
    Cincinnati, OH 45209
    Telephone: (513) 651-3700
    zschaengold@msdlegal.com
    jwalker@msdlegal.com

    *Attorneys for Plaintiff in*
    *Walker v. General Motors LLC*

By /s/ Roberta Liebenberg
    Roberta Liebenberg
    Gerard A. Dever
    Mary L. Russell
    Fine, Kaplan and Black, R.P.C.
    One South Broad Street, 23rd Floor
    Philadelphia, PA 19107
    (215) 567-6565
    rliebenberg@finekaplan.com
    gdever@finekaplan.com
    mrussell@finekaplan.com

    Sharon S. Almonrode
    The Miller Law Firm, P.C.
    950 W. University Drive
    Suite 300
    Rochester, MI 48307
    248-841-2200
    Fax: 248-652-2852
    ssa@millerlawpc.com

    *Attorneys for Plaintiffs in*
    *Carr, et al. v. General Motors LLC*

By /s/ Cory S. Fein
    Cory S. Fein
    Cory Fein Law Firm
    712 Main St. #800
    Houston, TX 77002
    1331 Lamar, Suite 1070
    Houston, TX 77010-3027
    Tel.: 281-254-7717
    Fax: 530-748-0601
    cory@coryfeinlaw.com

    *Attorney for Plaintiff in*
    *Kelsch v. General Motors LLC*