IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br>CHEVROLET BOLT BATTERY<br>LITIGATION | Case No. 2:20-cv-13256-TGB-CI<br><br>**PLAINTIFF GEORGE ZAHARIUDAKIS'S APPLICATION TO RELIEVE OBLIGATION TO SPECIFY LOCAL COUNSEL PURSUANT TO L.R. 83.20(f)(1)** |

Now comes the Plaintiff, George Zahariudakis, by and through his attorney, and for his Application to Relieve Obligation to Specify Local Counsel, Plaintiff hereby states as follows:

The undersigned counsel for Plaintiff is a member of the bar of the United States District Court for the Eastern District of Michigan but is not a member of the State Bar of Michigan. The undersigned counsel's office is located in Woodland Hills, California. L.R. 83.20(f)(1) provides, "On application, the Court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel."

This case was transferred to this Court from the United States District Court for the Northern District of California. Should the Court grant this Application, at least one attorney employed by the law firm of the undersigned counsel who has an

1

appearance in this case will personally appear at all Court hearings and conferences, as well as any depositions or other events that require a personal appearance within this District. Should the Court deny this Application, Plaintiff requests the Court grant him 30 days to obtain local counsel within this District and for such local counsel to file his or her appearance.

Wherefore, Plaintiff, George Zahariudakis, respectfully requests this Honorable Court enter an order waiving the requirement of Local Rule 83.20(f)(1) that Plaintiff retain local counsel to appear in this case and granting such other relief as the Court deems appropriate.

Dated: June 8, 2021

                RESPECTFULLY SUBMITTED,

                GEORGE ZAHARIUDAKIS

By:   s/ Todd M. Friedman
        Attorney for Plaintiff
        California Bar No. 216752
        Law Offices of Todd M. Friedman, P.C.
        21550 Oxnard Street., Suite 780
        Woodland Hills, CA
        Phone: (323) 306-4234
        Fax: (866) 633-0228
        tfriedman@toddflaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2021, a copy of the foregoing Application was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/ Todd M. Friedman
Attorney for Plaintiff
