# EXHIBIT A

# Part 573 Safety Recall Report      20V-701

| | |
|---|---|
| **Manufacturer Name :** | General Motors LLC |
| **Submission Date :** | NOV 13, 2020 |
| **NHTSA Recall No. :** | 20V-701 |
| **Manufacturer Recall No. :** | N202311730 |



## Manufacturer Information :

| | |
|---|---|
| Manufacturer Name : | General Motors LLC |
| Address : | 29427 Louis Chevrolet Road<br>MAIL CODE 480-210-2V WARREN MI 48093 |
| Company phone : | 586-596-1733 |

## Population :

| | |
|---|---|
| Number of potentially involved : | 50,932 |
| Estimated percentage with defect : | 1 % |

## Vehicle Information :

| | |
|---|---|
| **Vehicle 1 :** | 2017-2019 Chevrolet Bolt EV |
| Vehicle Type : | |
| Body Style : | |
| Power Train : | NR |
| Descriptive Information : | The condition is specific to battery cells produced at LG Chem's Ochang, Korea plant that are design level N2.1. Manufacturing records were used to identify vehicles built with battery cells of this design level that were produced at this facility.<br><br>All 2017-2018 Bolts are affected as well as certain 2019 Bolts with design level N2.1 batteries manufactured at the LG Chem's Ochang plant. |
| Production Dates : | JUL 26, 2016 - SEP 10, 2019 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

## Description of Defect :

| | |
|---|---|
| Description of the Defect : | General Motors has decided that a defect which relates to motor vehicle safety exists in certain 2017-2019 model year Chevrolet Bolt EV vehicles. A certain number of these vehicles were built with high voltage batteries produced at LG Chem's Ochang, Korea facility that may pose a risk of fire when charged to full, or very close to full, capacity. While our investigation into this condition continues, GM has developed software that will limit vehicle charging to 90% of full capacity to mitigate this risk. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | If the batteries in certain vehicles within this population are charged to full capacity, or very close to full capacity, the batteries may pose a risk of fire. |

The information contained in this report was submitted pursuant to 49 CFR §573

| | |
|---|---|
| Description of the Cause : | General Motors and LG Chem are currently investigating the cause of this condition. |
| Identification of Any Warning that can Occur : | The battery may emit smoke or heat, and the condition may melt or damage the battery and other vehicle components. |

**Involved Components :**

| | |
|---|---|
| Component Name 1 : | Battery ASM-High VLTG |
| Component Description : | High Voltage Battery Pack |
| Component Part Number : | 24285164, 24286670, 24286783, 24289545, 24290235, 24289548 |

| | |
|---|---|
| Component Name 2 : | Battery ASM-High VLTG |
| Component Description : | High Voltage Battery Pack |
| Component Part Number : | 24291630, 24295959, 24289549, 24291802, 24295962, 24288644 |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | LG Electronics |
| Address : | 363-8 Gyeongseo-dong, Seo-gu, Incheon FOREIGN STATES |
| Country : | Korea, Republic of |

**Chronology :**

From July 20, 2020 through August 26, 2020, GM received four claims alleging that the high-voltage battery pack in a Chevrolet Bolt vehicle caused a fire. GM opened a product investigation on August 26, 2020 to investigate these claims.

From August 26, 2020 through November 5, 2020, GM's product investigation team conducted field- and warranty-data searches and onsite vehicle inspections to investigate the origin of the alleged fires. GM also worked with LG Chem, the supplier of the high-voltage battery cells, to identify a potential root cause. In total, GM has identified 12 fire-related allegations involving 2017 through 2019 model year Chevrolet Bolt vehicles that may be battery-related.

Of these 12 claims, GM has, to date, confirmed that a battery-related fire appears to have occurred in five cases.

These five incidents occurred on: March 17, 2019; June 29, 2020; July 4, 2020; July 30, 2020; and August 25, 2020. GM has pre-incident battery state-of-charge data on four of these incidents; in all four cases, the vehicle's high-voltage battery pack appears to have been at a high state of charge, according to the available data, just before the fire occurred.

GM updated NHTSA regarding the status of its investigation on September 2, 2020; September 16, 2020; September 30, 2020; and October 21, 2020. On November 5, 2020, GM's Safety and Field Action Decision Authority decided to conduct a safety recall.

**Description of Remedy :**

Description of Remedy Program : As an interim remedy, dealers will reprogram the hybrid propulsion control module 2 (HPCM2) to limit full charge to 90%. Until this interim remedy is completed, customers should enable either "Hilltop Reserve" (for 2017-18 model year vehicles) or "Target Charge Level" (for 2019 model year vehicles) using their vehicle's infotainment center. These two features will limit the vehicle's state of charge to 90% until the HPCM2 software recalibration is applied. If customers are unable to successfully make these changes, or do not feel comfortable making these changes, they will be advised to not park their car in their garage or carport until after they have visited their dealer.
Pursuant to 49 C.F.R. § 573.13(d)(1), all covered vehicles are under warranty, so reimbursement is not offered.

How Remedy Component Differs from Recalled Component : The revised software will limit the vehicle's full charge to 90% of the battery's capacity.

Identify How/When Recall Condition was Corrected in Production : Design level N2.1 battery cells were no longer used in production after 2019 model year.

**Recall Schedule :**

Description of Recall Schedule : Dealers will be notified on November 13, 2020. GM will notify customers pursuant to the customer notification strategy that GM reviewed with NHTSA on November 12, 2020. GM will provide estimated owner notification dates for a final remedy when available.
Planned Dealer Notification Date : NOV 13, 2020 - NOV 13, 2020
Planned Owner Notification Date : NOV 23, 2020 - NOV 23, 2020

\* NR - Not Reported