# EXHIBIT C



🏠 > General Motors > Chevrolet > Chevrolet Bolt EV > Chevrolet Bolt EV Sales Numbers



# Chevrolet Bolt EV Sales Numbers

Here you will find Chevrolet Bolt EV sales numbers.

## Sales Results - Brazil - Bolt EV

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 4 | 10 | 1 | 4 | 17 | 43 | | | | | | | 79 |
| 2020 | 4 | 0 | 44 | 12 | 9 | 13 | 11 | 2 | 3 | 4 | 3 | 3 | 108 |
| 2019 | | | | | 1 | 0 | 1 | 0 | 0 | 0 | 4 | 1 | 7 |
| 2017 | | | | | | | | | | | | 0 | 0 |

## Sales Results - Canada - Bolt EV

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 2021 | 538 | 538 | 538 | 624 | 624 | 624 | | | | | | | 3,485 |
| 2020 | 323 | 323 | 323 | 233 | 233 | 233 | 365 | 365 | 365 | 421 | 421 | 421 | 4,025 |
| 2019 | 142 | 142 | 142 | 430 | 430 | 430 | 383 | 383 | 383 | 395 | 395 | 395 | 4,050 |
| 2018 | 187 | 180 | 248 | 117 | 395 | 306 | 99 | 119 | 293 | 218 | 246 | 220 | 2,628 |
| 2017 | 6 | 86 | 241 | 187 | 177 | 169 | 117 | 82 | 227 | 371 | 350 | 109 | 2,122 |

\*\*\* This manufacturer is now publishing only quarterly numbers for this market. Monthly figures may be averages.

## Sales Results - Mexico - Bolt EV

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 2021 | | 2 | 9 | 1 | 1 | 3 | | | | | | | 16 |
| 2020 | 5 | 2 | 6 | 0 | 1 | 1 | 1 | 2 | 1 | 7 | 4 | 8 | 38 |
| 2019 | 3 | 4 | 3 | 1 | 3 | 2 | 4 | 3 | 2 | 2 | 0 | 0 | 27 |
| 2018 | | | 1 | 4 | 1 | 2 | 2 | 4 | 1 | 2 | 2 | 1 | 20 |
| 2017 | | | | | | | 3 | 2 | | 5 | | 0 | 10 |

## Sales Results - South Korea - Bolt EV

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 2021 | | 43 | 132 | 133 | 307 | 327 | | | | | | | 942 |
| 2020 | 11 | 325 | 430 | 308 | 82 | 129 | 72 | 41 | 64 | 54 | 36 | 27 | 1,579 |
| 2019 | 0 | | 650 | 452 | 327 | 250 | 293 | 212 | 179 | 640 | 824 | 344 | 4,171 |
| 2018 | 0 | 5 | 5 | 322 | 1,027 | 1,621 | 872 | 631 | 70 | 17 | 3 | 7 | 4,580 |
| 2017 | | | | 121 | 127 | 39 | 55 | 57 | 24 | 41 | 82 | 24 | 570 |

## Sales Results - USA - Bolt EV

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 2021 | 3,008 | 3,008 | 3,008 | 3,619 | 3,619 | 3,619 | | | | | | | 19,882 |
| 2020 | 1,958 | 1,958 | 1,958 | 833 | 833 | 833 | 1,894 | 1,894 | 1,894 | 2,234 | 2,234 | 2,234 | 20,754 |
| 2019 | 1,439 | 1,439 | 1,439 | 1,322 | 1,322 | 1,322 | 1,610 | 1,610 | 1,610 | 1,102 | 1,102 | 1,102 | 16,418 |

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 1,177 | 1,424 | 1,774 | 1,161 | 1,161 | 1,161 | 1,316 | 1,316 | 1,316 | 2,071 | 2,071 | 2,071 | **18,019** |
| 2017 | 1,162 | 952 | 978 | 1,292 | 1,566 | 1,642 | 1,971 | 2,107 | 2,632 | 2,781 | 2,987 | 3,227 | **23,297** |
| 2016 | | | | | | | | | | | | 579 | **579** |

\*\*\* This manufacturer is now publishing only quarterly numbers for this market. Monthly figures may be averages.

For more about the Bolt EV, browse our Chevrolet Bolt EV news section.

Notes:

- Chevrolet Bolt EV sales are comprised of all Bolt EV variants, including regular model and incomplete (rear seat delete) version
- Information for market (country) specified.
- Sales information compiled from various sources by *GM Authority* and *Motrolix*.
- If you notice any inaccuracies, please let us know here.

**+ Chevrolet Bolt EV Pictures**