# EXHIBIT D

# Chevrolet Bolt Concept EV Looks Premium at 2015 Detroit Auto Show

a autoevolution.com/news/chevrolet-bolt-concept-vehicle-looks-unfinished-at-2015-detroit-auto-show-live-photos-90958.html

Mircea Panait  January 12, 2015

Oh my, this was totally unexpected from General Motors to showcase at the Detroit Auto Show. In the last few days, numerous publications reported that a Tesla Model III rival from Chevy will debut at NAIAS and it really did. This is the Chevrolet Bolt Concept, ladies and gentlemen, and GM's Mary Barra told us that it's just a teaser of the future.



42 photos



































































Just as we suspected when we found out GM has filed trademarked the CrossVolt moniker with the US Patent and Trademark Office, the manufacturer reworked its Volt MP5 concept from 2010 hugely and what you can admire in the live photo gallery is a work-in-progress according to Barra. That's even more true when you glance at the prototype vehicle stickers glued on various bits of the cabin, which lead us to believe this is a work-in-progress.

But here's the deal with the Chevrolet Bolt's cabin: it's airy, it feels like it was inspired by a lounge and the seats are extremely comfortable. Moreover, we couldn't believe that Chevrolet can make this level of high-quality materials and fit & finish. The engineers and designers took care of business and made sure to fit as many batteries in the floor as possible, in order to allow the occupants to have their space.**All the plastics surfaces and the leather upholstery are a joy to run your fingers across, which is high praise from an upcoming EV that is rumored to hold a sticker price of just $30,000.**
On the exterior styling front, the Chevrolet Bolt / CrossVolt appears to be more city-oriented and compact than its 2016 Volt PHEV relative. A few elements such as the mirrors, wraparound LED taillights, and such will certainly not make it into production, although we don't expect major aesthetic differences between this Bolt concept and the production-ready Chevy Bolt / CrossVolt.

Expected to offer more than 200 miles (322 km) of all-electric range, the Chevrolet Bolt EV will go on sale sometime in the future in all of the US and in various other parts of the world.

GM chief exec Mary Barra declared that "*the Bolt EV concept is a game-changing electric vehicle designed for attainability, not exclusivity. Chevrolet believes electrification is a pillar of future transportation and needs to be affordable for a wider segment of customers.*" For more info regarding what GM's electric ambitions will look like in the near future, refer to the release attached below the videoclip.

