# EXHIBIT H



Make & Model

This page is for personal, non-commercial use. You may order presentation ready copies to distribute to your colleagues, customers, or clients, by visiting https://www.parsintl.com/publication/autoblog/

OFFICIAL

# Chevy Bolt wins 2017 Green Car of the Year

Beats out four other plug-in contenders.



SEBASTIAN BLANCO
Nov 17th 2016 at 11:52AM

0
comments



We knew that a plug-in vehicle was going to win the 2017 Green Car of the Year award this year, given that all five finalists have a way to charge up. And when Ron Cogan, the editor and publisher of *Green Car Journal,* announced the winner – the 2017 Chevy Bolt EV – he said that the car itself represents one of those times in the auto industry when everything is about to change. Similar to the invention of the starter motor, things are about to get different. For now, though, the fact that the Bolt EV won an award sounds like the same old thing all over again. Just this week, it was named Motor Trends Car of the Year and to the Car And Driver Top 10 list.



The other four finalists for Green Car of the Year included the Toyota Prius Prime, the Chrysler Pacifica, the Kia Optima (including hybrid and plug-in hybrid models) and the BMW 330e iPerformance. Last year, the winner was the 2016 Chevy Volt. Did *Green Car Journal* make the right selection this year?

See the award ceremony below.



Announcement of the 2017 Green Car Of The Year award at AutoMobility LA. And the winner is....

29    13    9

# CHEVROLET BOLT EV INFORMATION

| All Model Years | News and Reviews |
| --- | --- |
| For Sale | Photos |
| Rebates & Incentives | Videos |
| Owner Ratings | More Bolt EV Information |

Green | LA Auto Show | BMW | Chevrolet | Chrysler | Kia | Toyota | Green Culture | Electric | Chevy Bolt | 2016 LA Auto Show
green car of the year | chevy bolt ev | bolt ev

### 15 Vehicles That Can Run Forever

Here's a look at the 15 vehicles most likely to last for more than 200,000, and in some cases even 300,000.

Learn more about Forbes

Forbes

AdChoices  Sponsored

Sign in to post

| HELP | CONTACT | PODCASTS |
| --- | --- | --- |
| Sitemap | Feedback / Tip Us | Audio |
| About Us | Licensing | On iTunes |
| Add Us To Home Screen | | Archives |

ADVERTISING | LEGAL

- About Ads
- Advertise With Us
- Privacy Dashboard
- Updated Terms of Service
- Updated Privacy Policy
- Trademarks

WE OBSESSIVELY COVER THE AUTO INDUSTRY

©2021 Verizon Media. All rights reserved.