# EXHIBIT I

# Chevrolet Bolt EV: Green Car Reports' Best Car To Buy 2017

greencarreports.com/news/1106584_chevrolet-bolt-ev-green-car-reports-best-car-to-buy-2017

John Voelcker November 14, 2016 Comment Now!
Each year, Green Car Reports chooses a new car, or a family of cars, as the best green car introduced in that model year.

In 2011, our very first award, we picked the first-ever modern electric car to be sold in high volumes.

Six years later, we've picked the spiritual successor to that car, one that provides radically higher range at an affordable price.

This year, the Green Car Reports Best Car To Buy 2017 is the Chevrolet Bolt EV.

**DON'T MISS: 2017 Chevrolet Bolt EV first drive: 240 miles in an electric car**

The all-electric Bolt EV is EPA-rated at 238 miles of range, at a base price of $37,495.

That's the range of a Tesla, for roughly half the price. Pretty remarkable less than five years after the first Tesla Model S rolled off the lines, no?

The Bolt EV is a five-seat, five-door hatchback, with the footprint of a compact car but more interior volume (by a fraction of a cubic foot) than that Model S.



2017 Chevrolet Bolt EV

On the basics, the Bolt EV succeeds. The tall, upright body holds four adults comfortably. The shape may not be to everyone's taste, but the compact dimensions make it easier to park than that Model S.

The interior is bright and airy, with a low dash and crisp, high-resolution graphics with intuitive controls.

The floor is flat, because the battery pack sits under the floorpan and the rear seat, with the electric motor up front powering the front wheels.

**ALSO SEE: 2017 Chevy Bolt EV review consensus: car is good, range is real**

The most important thing about the Bolt EV, though, is how far you can go on a single charge. The EPA rates its range at 238 miles. Chevy promised 200 miles, and overdelivered.

Like any electric car, highway travel at speeds over 60 mph will eat range much faster than other uses.

We've found the 240-mile range to be real, during day-long drives that encompassed all kinds of driving conditions, from traffic to hills to interstates.



Chevrolet's Steve Majoros (R) accepts Green Car Reports 2017 Best Car To Buy award for Chevy Bolt EV

The Bolt EV's battery capacity is 60 kilowatt-hours, and if pressed to the limit, it will use more than 90 percent of that.

Most owners are likely to drive the Bolt EV in daily use, recharging every couple of nights, perhaps no more than once a week.

It's also fun to drive, with confident handling and good off-the-line acceleration.

**IN DETAIL: Chevy Bolt EV electric car for 'urban' sales: what does that mean?**

Chevy says the Bolt EV's 0-to-60-mph acceleration time is about 7.0 seconds. it will scoot from 0 to 30 mph in less than 3.0 seconds—perfect for stop-light grand prix duty.

We do have a few quibbles.

A DC fast-charging port is a $750 option no matter what trim level you buy. The standard onboard charger is rated at 7.2 kilowatts, meaning a full recharge at 240 volts can take up to nine hours.

We also think "Bolt"—with a "B"—is a truly terrible name for a brand that also sells a car called the Volt—with a "V." Ask any Spanish speaker.



2017 Chevrolet Bolt EV, road test, California coastline, Sep 2016

Still, we've covered the 2017 Chevy Bolt EV quite a lot since the concept car was unveiled in January 2015.

It was obvious that it would be a nominee for the Best Car To Buy award whenever the production model arrived, with its unexpectedly high range.

What we hadn't expected was the enormous freedom of that 238-mile rating: drivers can ignore that battery gauge for hours at a time, even if they're behind the wheel much of the day.

**CHECK OUT: 2017 Chevy Bolt EV: here's what can go wrong for electric-car pioneer**

Chevy says the Bolt EV will be sold nationwide, not just in California and a few other electric-car-friendly markets.

It beats the much-publicized Tesla Model 3 to the market by a year at least, not to mention an all-new, longer-range version of the Nissan Leaf.

It's even further ahead of promised 200-miles-plus EVs from other carmakers.



2017 Chevrolet Bolt EV

For all those reasons, Green Car Reports names the 2017 Chevrolet Bolt EV as our Best Car To Buy for the year.

Congratulations to Chevy, to its technology partner LG, and to the teams that built it. It's a new, American-made, electric-car milestone.

_____

**Tags:**

2017   Awards   Best Car To Buy   Best Car to Buy 2017   Best Car to Buy Winner   Chevrolet Bolt   Chevrolet Bolt EV News   Chevrolet News   Chevy   Electric Cars   Green   plug-in cars   Videos

**Contribute:**

**Additional Resources**

**Green Car Reports Newsletter**

Sign up to get the latest green car and environmental news, delivered to your inbox daily!

I agree to receive emails from Green Car Reports. I understand that I can unsubscribe at any time. Privacy Policy.

- 

Electric Jeeps, Volvo C40 Recharge up close, 50 mpg for under $30,000: The Week in Reverse

Bengt Halvorson July 17, 2021

Which automaker advised owners of its popular EV to park it outside? Which company thinks that CVTs are a good idea for electric cars? This is our look back at the Week In Reverse—right here at Green Car Reports—for the week ending June 16, 2021. We got an up-close look at the Volvo C40 Recharge electric vehicle and its rounded, coupe-like roofline. The 2022 Hyundai Santa Fe Plug-In Hybrid is the first plug-in SUV for the brand, and it's due for first deliveries in August, with 31 miles of all-electric driving and a hybrid-mode rating of 33 mpg combined—and, perhaps, a...

- 

Rivian R1T deliveries delayed to September: If it's first with an electric pickup, who's next?
Lordstown Motors, GM, Tesla, and Ford are among the companies lined up to potentially deliver electric trucks in the months following.

Bengt Halvorson July 16, 2021

- 

  [Jeep EVs, Bosch CVT for EVs, GM fleet charging, Ford charging while towing: Today's Car News](#)
  Bosch thinks CVTs are a good idea for EVs. Jeep is rolling out a full slate of electric SUVs. GM is extending its holistic charging approach to fleets. And Ford looks at towing and charging. This and more, here at Green Car Reports. According to the supplier Bosch, adding a continuously variable...

  [Bengt Halvorson](#) July 16, 2021

- 

Jeep plans a lineup of fully electric vehicles by 2025—if you think globally
Jeep plans a fully electric entry in every SUV category by the middle of the decade, with plug-in hybrid models as well.

Bengt Halvorson July 16, 2021

- 

Bosch claims a CVT will help EVs optimize performance and range
EV startups, do you need a transmission for your electric car? Bosch is ready to sell you one.

Stephen Edelstein July 16, 2021

- 

  EVs could be charged when towed: Ford patent suggests some creative uses
  Charging electric vehicles while towing them is the basis for a patent filing that sounds like brainstorming from an EV-club pub night.

  Stephen Edelstein July 16, 2021

- 

  GM hopes to make EVs connect for fleets with holistic charging approach
  Bengt Halvorson July 15, 2021
  GM's Ultium Charge 360 effort for EVs is broadening to include fleet customers and the BrightDrop commercial business.

- 

Bolt EV fires, suppliers ready Tesla 4680 cells, Infiniti EVs, EU's 2035 end date for ICE: Today's Car News

General Motors is back in investigation mode after a couple more Bolt EV fires. The EU tightens its targets and aims to phase out new internal combustion by 2035. Infiniti's plan to offer its future vehicles as series hybrids is reportedly off. And multiple suppliers are likely stepping up to...

Bengt Halvorson July 15, 2021

- 

Infiniti envisioned its near future around series hybrids, now says they're cut from the lineup
Infiniti's focused future, revolving around series-hybrid and pure-EV versions of its "Inspiration" concepts, appears to have splintered.

Bengt Halvorson July 15, 2021

- 

EU proposes 2035 as the end date for internal combustion cars
Tightening rules for plug-in hybrids by 2030 and an ell-electric new-car fleet are part of proposed rules in Europe—but 27 member nations will need to approve.

Stephen Edelstein July 15, 2021

- 

Report: Multiple battery suppliers are vying to make Tesla 4680 cells
Tesla plans to ramp up its own production of energy-dense 4680 cells, but it appears to have plenty of willing suppliers even ahead of that.

Stephen Edelstein July 15, 2021

- 

  Charge your 2017-2019 Chevy Bolt EV outside: GM renews caution over fire concerns
  After GM boasted a software remedy would shield 2017-2019 Bolt EV from fire concerns, cars are still burning while charging.

  Bengt Halvorson July 14, 2021

