# EXHIBIT J

# Presenting the Best of CES 2016 winners!

engadget.com/2016-01-08-presenting-the-best-of-ces-2016-winners.html





N. Lee
@nicole
January 9th, 2016



In this article: av, bestofces, bestofces2016, ces, ces2016, gadgetry, gadgets, gear, home, mobile, peopleschoice, personal computing, personalcomputing, robots, timeline16cesdayfive, transportation, wearables

After several nights debating with one another on which of our many finalists should win our Best of CES awards, we've come to a decision. Below is our list of winners for each category, including our Best of the Best (spoiler: it's a car!) and our People's Choice award winner too. Congratulations to all of our finalists and winners for not only getting award nods but also surviving the long week in Las Vegas. Hurrah!



**Best Startup:** Owlet

Provo, Utah, startup Owlet has been working on a wearable for years now, but it's no fitness tracker or also-ran smartwatch. The Owlet Smart Sock is an adorable, washable baby booty with a pulse oximeter that monitors your little one's heart rate and blood-oxygen levels. In the event that the child's heart starts to act strangely, the sock relays a warning to smartphones and an easy-to-understand base station so parents can intervene as quickly as possible. Finally -- a wearable that cares more about saving lives than saving time. -- *Chris Velazco, Senior Editor*



**Best Digital Health and Fitness Product:** OhMiBod Lovelife Krush

The "health and fitness" category doesn't necessarily have to mean a watch that tells you how quickly you've run your last 10K. OhMiBod's LoveLife Krush is a device that's designed to improve women's sexual function by training their kegel muscles. In addition, the gizmo can help people improve their weak bladders with similar exertions. As fitness technology breaks down borders and branches out into new territories, gadgets that strike out into otherwise taboo fields deserve praise. -- *Daniel Cooper, Senior Editor*



**Best Wearable:** Recon Empire EVS

Imagine a future in which paintball competitors wander around the field of (simulated) battle while connected to smart heads-up displays. They can connect GoPro cameras to their guns and shoot around corners without risking a splash. It may already harness technology that we've seen in the Snow2 and Oakley Airwave, but the Empire EVS takes wearable gear into a new dimension. -- *Daniel Cooper, Senior Editor*



**Best Automotive Technology:** Chevy Bolt EV

CES has turned into the high-tech version of traditional auto shows. While concept cars are an intriguing peek into a company's future and a chance for a design to go crazy, at the end of the day, you want an actual car you can drive. The Chevy Bolt is the 200-mile-range EV with cool connectivity that people can actually afford. But more importantly, it's a good car. Awesome tech on top of a solid base is always a winner. -- *Roberto Baldwin, Senior Editor*



**Best Home Theater Product:** Philips Fidelio E6 "detachable" speaker

Philips calls its Fidelio E6 system "Surround on Demand," and it lives up to that name. In addition to the top sections of the two speakers detaching for a 5.1 surround sound setup, those removable sections can serve as stand-alone Bluetooth speakers. The Fidelio E6 also supports Google Cast and Spotify Connect, offering a variety of audio sources in addition to its modular construction. -- *Billy Steele, Associate Editor*



**Best (Connected) Home Product:** Cassia Hub

This Bluetooth router extends the standard's range by up to 1,000 feet and connects as many as 22 BT-enabled devices. With the Cassia's companion app, users can control all of those devices from anywhere in the world. And given that the hub is retailing for a mere $100, it's little wonder that the Cassia is Engadget's pick for Best (Connected) Home device for 2016. -- *Andrew Tarantola, Associate Editor*



**Best Innovation (Disruptive Tech):** <u>Volkswagen BUDD-e quick-charging</u>

There are plenty of electric cars out there, but none of them can charge to 80 percent capacity in 15 minutes. That's what Volkswagen is promising with the BUDD-e's charging system. Even more exciting, VW's new Modular Electric Platform can easily make its way to other VW vehicles without modification. VW's path to a large electric car lineup seems clear now, and that's why it's our pick for best innovative technology at CES 2016. -- *Nathan Ingraham, Senior Editor*



**Best Mobile Device:** Huawei Mate 8

Huawei is going through something of a renaissance right now: It shipped the fan-favorite Nexus 6P a few months ago, and it just came to CES to reveal global launch plans for the Mate 8 phablet. While the custom interface that runs on top of Android 6.0 Marshmallow can be divisive, the hardware here is first-rate. The Mate 8 packs a shiny (and snappy) new Kirin 950 chipset, either 3 or 4GB of RAM, an impressive Sony-made 16-megapixel camera and an enormous 4,000mAh. And did we mention that Huawei squeezed all of that into a slim, attractive package that makes its 6-inch screen feel surprisingly grippable? -- *Chris Velazco, Senior Editor*




**Best TV Product:** LG OLED G6

One year later and we're right back here: LG's flagship OLED TV is the Best of CES again. Why is it still ahead of the pack? A stunning package of technology provides the best picture we've seen this week, and it's the one we really want to take home -- even without knowing exactly what the price will be. -- *Richard Lawler, Senior Editor*



**Best Gaming Product:** HTC Vive's Chaperone

CES is rarely a huge show for gaming tech, but this year saw some meaningful advances. HTC's Vive launched last year with fantastical, full-body gaming experiences, but one question lingered: How do you use this in your home? The new Chaperone feature might not be just for gaming, but the subtle interaction with HTC's VR kit will make particularly active gaming a hazard-free experience. There are more issues for HTC and the rest of the VR community to fix, but Chaperone solves a big one. -- *Aaron Souppouris, Senior Editor*



**Best Offbeat Product**: EHang 184

Take a drone. Make it bigger. Put a seat inside. Get in and embrace the future. The EHang 184 is a drone for carrying humans. Passengers can program where they want to be flown, and then it's time for takeoff. With a top speed of 60mph and a maximum altitude of 11,000 feet, there's plenty of safety question marks -- not to mention how aviation authorities will handle the 184. Suddenly self-driving cars sound so very, very dull. -- *Mat Smith, Senior Editor*



**Best Maker-Friendly Technology:** LEGO Education WeDO 2.0

LEGO Education WeDo 2.0 is an educational robotics kit that introduces elementary school kids to the world of programming. Through the medium of the cute robot and a companion app, second through fourth graders can understand how code is created. The product is also designed for educators, who can use the accompanying curriculum pack to teach science basics. This product won not only for its innovation as an educational toolkit but also for its affordability: A 280-piece robot costs only about $160. -- *Mona Lalwani, Senior Editor*



**Best PC:** Razer Blade Stealth Ultrabook

Razer is known for its thin and light gaming notebooks, and the new 12.5-inch Blade Stealth is no exception. But in addition to being compact, it works with an external dock, granting gamers access to a desktop-class GPU along with amenities like Ethernet and four USB ports. Though Razer isn't the first to attempt this sort of setup, the Blade Stealth is notable for eschewing proprietary connectors; instead, it uses Thunderbolt 3, a common standard that allows the dock to work with a wider range of PCs. In a field of PCs at this year's CES that mostly included skinny-Minnie machines, the one that stood out was the one that didn't compromise on performance. -- *Dana Wollman, Managing Editor*



**Best Robot or Drone:** Yuneec Typhoon H drone

If we want our airspace to be safe, drones need to be able to stop themselves from crashing into things. Intel's partnership with Yuneec to put RealSense technology on the new Typhoon H drone is an important step in this direction, and its impressive onstage demonstrations suggest it's up to the job, making it one of the most important advances in drone technology in recent years. -- *James Trew, Deputy Managing Editor*



**Best of the Best:** Chevy Bolt EV

As transportation and technology continue to collide like never before, CES has been taken over by car companies. The transportation world is transforming more quickly than it ever has before, and the Chevy Bolt is the result of that sea change. It's the electric *and* connected car for everyone. It's the consumer's high-tech vehicle, and it'll be ready before the end of the year. It doesn't look like it's from space, but it does look like you'll be putting it in your garage before CES 2017 -- *Roberto Baldwin, Senior Editor*



**People's Choice Winner:** Razer Blade Stealth Ultrabook

Once again, Razer has executed a successful Get Out the Vote campaign for our People's Choice award. The company won last year for the Razer Forge TV, and this year, it takes home the prize for the sexy Razer Blade Stealth Ultrabook, a super-slim gaming laptop. It won in a landslide with 42.24 percent of the vote, while the Recon Empire EVS came in second place with 4.52 percent and Samsung arrived in third place with 3.47 percent. Congratulations, Razer, for taking home Best PC and the People's Choice! -- *Nicole Lee, Senior Editor*

*[Image credits: Will Lipman (Recon Empire EVS, VW BUDD-e, HTC Vive Chaperone)]*

*All products recommended by Engadget are selected by our editorial team, independent of our parent company. Some of our stories include affiliate links. If you buy something through one of these links, we may earn an affiliate commission.*