# EXHIBIT O

# Emissions from Hybrid and Plug-In Electric Vehicles

afdc.energy.gov/vehicles/electric_emissions.html

Hybrid electric vehicles (HEVs), plug-in hybrid electric vehicles (PHEVs), and all-electric vehicles (EVs) typically produce lower tailpipe emissions than conventional vehicles do. When measuring well-to-wheel emissions, the electricity source is important: for PHEVs and EVs, part or all of the power provided by the battery comes from off-board sources of electricity. There are emissions associated with the majority of electricity production in the United States.

## Electricity Sources and Emissions

EVs and PHEVs running only on electricity have zero tailpipe emissions, but emissions may be produced by the source of electrical power, such as a power plant. In geographic areas that use relatively low-polluting energy sources for electricity generation, PHEVs and EVs typically have lower emissions well-to-wheel than similar conventional vehicles running on gasoline or diesel. In regions that depend heavily on coal for electricity generation, PEVs may not demonstrate a strong well-to-wheel emissions benefit.

Assumptions

## Direct and Well-to-Wheel Emissions

Vehicle emissions can be divided into two general categories: air pollutants, which contribute to smog, haze, and health problems; and greenhouse gases (GHGs), such as carbon dioxide and methane. Both categories of emissions can be evaluated on a direct basis and a well-to-wheel basis.

Conventional vehicles with an internal combustion engine (ICE) produce direct emissions through the tailpipe, as well as through evaporation from the vehicle's fuel system and during the fueling process. Conversely, EVs produce zero direct emissions. PHEVs produce zero tailpipe emissions when they are in all-electric mode, but they can produce evaporative emissions. When using the ICE, PHEVs also produce tailpipe emissions. However, their direct emissions are typically lower than those of comparable conventional vehicles.

Well-to-wheel emissions include all emissions related to fuel production, processing, distribution, and use. In the case of gasoline, emissions are produced while extracting petroleum from the earth, refining it, distributing the fuel to stations, and burning it in vehicles. In the case of electricity, most electric power plants produce emissions, and there are additional emissions associated with the extraction, processing, and distribution of the primary energy sources they use for electricity production.

## Related Reports

Learn more about electric-drive vehicle emissions in the Well-to-Wheels Energy Use and Greenhouse Gas Emissions Analysis of Plug-in Hybrid Electric Vehicles report, and the Emissions Associated with Electric Vehicle Charging: Impact of Electricity Generation Mix, Charging Infrastructure Availability, and Vehicle Type report.