# EXHIBIT R

CHEVROLET

MY ACCOUNT



HOME CHARGING



PUBLIC CHARGING



COMPLETE CARE



EV BENEFITS

# PUBLIC CHARGING
## Has never been easier



**40,000+ Stations**
Public charging network



**Charge while on the go**
With Level 2 and DC Fast Charging



**Energy Assist***
All from your smartphone