# EXHIBIT S

# Pressroom United States

 media.chevrolet.com/media/us/en/chevrolet/vehicles/bolt-ev/2017.html





- [Product Information](#)
- [Specifications](#)

## Product Information

**FAST FACT**

Connectivity features include EV-specific navigation capability that designs routes to maximize range and provide locations of nearby charging stations if needed.

**BASE PRICE**
Approximately $30,000 after full federal tax credit.

**EPA VEHICLE CLASS**
Small Wagon

**NEW FOR 2017**

- Offers an EPA-estimated 238 miles of range
- Clean-sheet design with crossover-like proportions
- Bluetooth low energy seamlessly connects a smartphone to the vehicle when the owner approaches
- Production begins in late 2016

**VEHICLE HIGHLIGHTS**

- Bolt EV's drive system uses a single, high-capacity electric motor for propulsion
- The motor is capable of producing up to 266 lb.-ft. (360 Nm) of torque and 200 hp (150 kW) of motoring power. Combined with a 7.05:1 final drive ratio, that helps propel the Bolt EV from 0-60 mph in less than seven seconds
- Power delivery is controlled by Chevrolet's first Electronic Precision Shift system – a shift and park-by-wire system that sends electronic signals to the Bolt EV's drive.
- A by-wire shifter requires less packaging space than a traditional mechanical shifter, resulting in more interior space and improved interior layout.
- 60 kWh lithium ion battery pack, featuring five sections, 10 modules and 96 cell groups (three cells per group)
- Flat battery pack spans the entire length of the vehicle's floor
- A 7.2 kW onboard charger for regular overnight charging from a 240-V wall box is standard. With it, a typical commute of 50 miles can be recharged in less than two hours.
- An available DC Fast Charging system using the industry standard SAE Combo connector, enabling the battery to be charged up to 90 miles of range in 30 minutes (outside temperatures may affect charging time)
- Regenerative braking feature has the ability to provide one-pedal driving
- Large 10.2-inch-diagonal color touch-screen display with "flip-board" operation
- Rear camera mirror and Surround Vision
- Large greenhouse provides panoramic visibility, with upright SUV-like seating
- LED headlamps and taillamps
- "Floating" instrument panel and multipurpose, connected center console – offers wireless phone charging and a compartment large enough to stow a tablet device

**SAFETY FEATURES**

- Ten standard air bags
- Standard rear-vision camera
- Available active safety features including Side Blind Zone Alert, Rear Cross Traffic Alert, Forward Collision Alert and Forward Pedestrian Alert
- Extensive use of high-strength steel throughout the body structure

# Pressroom United States

media.chevrolet.com/media/us/en/chevrolet/vehicles/bolt-ev/2017.tab1.html





- Product Information
- Specifications

## 2017 CHEVROLET BOLT EV SPECIFICATIONS

Overview | Battery System | Electric Drive | Charging Times | Chassis/Suspension | Dimensions | Weights and Capacities

### Efficiency

| Driving Range: | EPA-estimated 238 miles |
|---|---|

| | |
|---|---|
| ⬆ Back to top | |

## Battery System

| | |
|---|---|
| Type: | Rechargeable energy storage system comprising multiple linked modules |
| Mass (lb / kg): | 960 / 435 |
| Battery chemistry: | Lithium-ion |
| Cells: | 288 |
| Energy: | 60 kWh |
| Warranty: | eight years / 100,000 miles |
| ⬆ Back to top | |

## Electric Drive

| | |
|---|---|
| Type: | Single motor and gearset |
| Motor: | Permanent magnetic drive motor |
| Power: | 200 hp / 150 kW |
| Torque: (lb-ft / Nm): | 266 / 360 |
| Final drive ratio (:1): | 7.05:1 |

|   |   |
|---|---|
| 🏠 Back to top |   |

## Charging Times

| 120 V: | Available with standard cordset |
|---|---|
| 240 V: | Full charge in 9 hours |
| SAE Combo DC Fast Charge: | 90 miles in 30 minutes |
| 🏠 Back to top |   |

## Chassis/Suspension

| Front Suspension: | Independent MacPherson strut-type with direct-acting solid stabilizer bar |
|---|---|
| Rear Suspension: | Compound crank (torsion beam) with coil springs |
| Steering Type: | Column-mounted electric power steering |
| Turning Circle (ft. / m): | 35.4 / 10.8 |
| Brake Type: | Power four-wheel disc with ABS; electro-hydraulic; partially regenerative; dynamic rear brake proportioning |

| | |
|---|---|
| Brake Rotor Size: (in. / mm) | Front: 11 / 276 vented<br>Rear: 10 / 264 solid |
| Wheel Size: | 17-in. aluminum |
| Tire Size: | Michelin Energy Saver A/S 215/50R17 all-season |
| ⇧ Back to top | |

## Dimensions

### Exterior

| | |
|---|---|
| Wheelbase (in. / mm): | 102.4 / 2600 |
| Overall Length (in. / mm): | 164 / 4166 |
| Overall Width (in. / mm): | 69.5 / 1765 |
| Overall Height (in. / mm): | 62.8 / 1594 |
| Track (in. / mm): | 59 / 1501 (front)<br>59.1 / 1501 (rear) |
| Center of Gravity (in. / mm): | 20.7 / 526 |

### Interior

| | |
|---|---|
| Headroom (in / mm): | 39.7 / 1009 (front)<br>37.9 / 962 (rear) |

| | |
|---|---|
| Legroom (in. / mm): | 41.6 / 1056 (front) 36.5 / 927 (rear) |
| Shoulder Room (in. / mm): | 54.6 / 1387 (front) 52.8 / 1340 (rear) |
| Hip Room (in. / mm): | 51.6 / 1310 (front) 50.8 / 290 (rear) |
| ⇧ Back to top | |

## Weights and Capacities

| | |
|---|---|
| Curb Weight (lb. / kg): | 3580 / 1625 |
| EPA passenger volume (cu. ft. / L): | 95 / 2690 |
| Cargo volume (cu. ft. / L): | 16.9 / 478 |
| ⇧ Back to top | |

Note: Information shown is current at time of publication.

## Chevrolet Silent Cruise



See More Images

## Videos

## Teen Driver Information

**2017 Chevrolet Teen Driver [pdf]**

## Contacts