# EXHIBIT Y

# Pressroom United States

media.chevrolet.com/media/us/en/chevrolet/vehicles/bolt-ev/2018.html





- [Product Information](#)
- [Specifications](#)

## Product Information

**FAST FACT**

A 7.2 kW onboard charger for regular overnight charging from a 240-V wall box is standard. With it, a typical commute of 50 miles can be recharged in less than two hours.

**BASE PRICE**

 $37,495 with DFC and before benefits of federal or state tax incentives

**EPA VEHICLE CLASS**

Small Wagon

**NEW FOR 2018**

- Automatic heated steering wheel included with available Comfort and Convenience Package on LT trim; standard on Premier trim
- Sliding sun visor, driver and front passenger

**VEHICLE HIGHLIGHTS**

- EPA-estimated 238 miles of range
- Bolt EV's drive system uses a single, high-capacity electric motor for propulsion
- The motor is capable of producing up to 266 lb.-ft. (360 Nm) of torque and 200 hp (150 kW) of motoring power. Combined with a 7.05:1 final drive ratio, that helps propel the Bolt EV from 0-60 mph in 6.5 seconds
- Power delivery is controlled by Electronic Precision Shift system – a shift and park-by-wire system that sends electronic signals to the Bolt EV's drive.
- A by-wire shifter requires less packaging space than a traditional mechanical shifter, resulting in more interior space and improved interior layout.
- 60 kWh lithium ion battery pack, featuring five sections, 10 modules and 96 cell groups (three cells per group)
- Flat battery pack spans the entire length of the vehicle's floor
- An available DC Fast Charging system using the industry standard SAE Combo connector, enabling the battery to be charged up to 90 miles of range in 30 minutes (outside temperatures may affect charging time)
- Regenerative braking feature has the ability to provide one-pedal driving
- Large 10.2-inch-diagonal color touch-screen display with "flip-board" operation
- Rear camera mirror and Surround Vision standard on Premier trim
- Large greenhouse provides panoramic visibility, with upright SUV-like seating
- LED headlamps and taillamps
- "Floating" instrument panel and multipurpose, connected center console – offers wireless phone charging and a compartment large enough to stow a tablet device
- Comfort and Convenience Package is available on LT and included with Premier. Content includes heated front seats, automatic heated steering wheel, leather-wrapped steering wheel and auto-dimming inside rearview mirror
- Infotainment Package is available on Premier and includes Bose premium seven-speaker sound system, wireless device charging and two USB charging ports for rear passengers
- Standard Remote Keyless Entry
- Standard OnStar 4G LTE with Wi-Fi hotspot (three-month/3GB data trial)
- Standard Teen Driver

**SAFETY FEATURES**

- Ten standard air bags
- Rear-vision camera standard
- Surround Vision and Rear Camera Mirror are standard on Premier
- Driver Confidence Package is available on LT and included on Premier. Content includes: Lane Change Alert with Side Blind Zone Alert, Rear Cross-Traffic Alert and Rear Parking Assist
- Driver Confidence II Package is available on Premier and includes Low Speed Forward Automatic Braking, Lane Keep Assist with Lane Departure Warning, Forward Collision Alert, Following Distance Indicator, Front Pedestrian Braking and IntelliBeam headlamps

# Pressroom United States

media.chevrolet.com/media/us/en/chevrolet/vehicles/bolt-ev/2018.tab1.html





- Product Information
- Specifications

## 2018 CHEVROLET BOLT EV SPECIFICATIONS

Efficiency | Battery System | Electric Drive | Charging Times | Chassis/Suspension | Dimensions | Weights and Capacities

### EFFICIENCY

| Driving Range: | EPA-estimated 238 miles (255 city / 217 hwy) |

## BATTERY SYSTEM

| Type: | Rechargeable energy storage system comprising multiple linked modules |
|---|---|
| Mass (lb / kg): | 960 / 435 |
| Battery chemistry: | Lithium-ion |
| Cells: | 288 |
| Energy: | 60 kWh |
| Warranty: | eight years / 100,000 miles |

## ELECTRIC DRIVE

| Type: | Single motor and gearset |
|---|---|
| Motor: | Permanent magnetic drive motor |
| Power: | 200 hp / 150 kW |
| Torque: (lb-ft / Nm): | 266 / 360 |
| Final drive ratio (:1): | 7.05:1 |

## CHARGING TIMES

| 120 V: | 4 miles / 6.4 km of range per hour |
|---|---|
| 240 V: | Full charge in 9.3 hours |

| | |
|---|---|
| SAE Combo DC Fast Charge: | Up to 90 miles in 30 minutes |

## CHASSIS & SUSPENSION

| | |
|---|---|
| Front Suspension: | Independent MacPherson strut-type with direct-acting solid stabilizer bar |
| Rear Suspension: | Compound crank (torsion beam) with coil springs |
| Steering Type: | Column-mounted electric power steering |
| Turning Circle (ft. / m): | 35.4 / 10.8 |
| Brake Type: | Power four-wheel disc with ABS; electro-hydraulic; partially regenerative; dynamic rear brake proportioning |
| Brake Rotor Size: (in. / mm) | Front: 11 / 276 vented<br>Rear: 10 / 264 solid |
| Wheel Size: | 17-in. aluminum |
| Tire Size: | Michelin Energy Saver A/S 215/50R17 all-season |

## EXTERIOR DIMENSIONS

| | |
|---|---|
| Wheelbase (in. / mm): | 102.4 / 2600 |
| Overall Length (in. / mm): | 164 / 4166 |

| | |
|---|---|
| Overall Width (in. / mm): | 69.5 / 1765 |
| Overall Height (in. / mm): | 62.8 / 1594 |
| Track (in. mm): | 59 / 1501 (front)<br>59.1 / 1501 (rear) |

**INTERIOR DIMENSIONS**

| | |
|---|---|
| Headroom (in / mm): | 39.7 / 1009 (front)<br>37.9 / 962 (rear) |
| Legroom (in. / mm): | 41.6 / 1056 (front)<br>36.5 / 927 (rear) |
| Shoulder Room (in. / mm): | 54.6 / 1387 (front)<br>52.8 / 1340 (rear) |
| Hip Room (in. / mm): | 51.6 / 1310 (front)<br>50.8 / 1290 (rear) |

**WEIGHTS & CAPACITIES**

| | |
|---|---|
| Curb Weight (lb. / kg): | 3580 / 1624 |
| EPA Passenger Volume (cu. ft. / L): | 94.4 / 2673 |
| Cargo Volume Behind Rear Seat (cu. ft. / L): | 16.9 / 478 |

| | |
|---|---|
| Max Cargo volume (cu. ft. / L): | 56.6 / 1603 |

5/5

## Video Archive

## Contacts