# EXHIBIT Z

# Yes, ads for the Chevy Bolt EV electric car do actually exist; here's one

greencarreports.com/news/1111082_yes-ads-for-the-chevy-bolt-ev-electric-car-do-actually-exist-heres-one

John Voelcker June 19, 2017 Comment Now!
The 2017 Chevrolet Bolt EV isn't yet available in all states, but it's been on sale in California for six months now.

While Chevy has said all along it will market the 238-mile electric car in a very targeted way, specifically trying to reach people similar to existing owners, it may have expanded its reach somewhat.

This past Friday, a full-page ad for the Chevy Bolt EV appeared in at least two major national newspapers.

**DON'T MISS: Chevy Bolt EV: nationwide sales moved up to August for electric car**

Those were *The Washington Post* and *The New York Times*; the ad ran in the front section of each, on the preferred right-hand page.



2017 Chevrolet Bolt EV newspaper ad, The Washington Post, June 16, 2017

It's possible the ad also ran in other outlets as well. We've reached out to Chevrolet with that question, and we'll update this article if we hear back.

More than a year ago, in March 2016, we interviewed Darin Gesse, who's responsible for marketing both the Volt plug-in hybrid and the Bolt EV electric car.

He told us that Chevrolet plans to use very targeted marketing methods, messages, and channels to find buyers for both cars who are similar to those it knows have already purchased the Volt.

**READ THIS: How GM plans to market Chevy Bolt EV electric car (Mar 2016)**

"These are not typical Chevy customers," he noted, and they come in with questions only about relatively minor details about the car after learning about it and researching the basics elsewhere.

Although it had aired a couple of TV ads for the Volt, Gesse said, "our customers don't really watch television."

Instead, he said, Bolt EV and Volt buyers are expected to focus more on digital and technology coverage.



First 2017 Chevrolet Bolt EV electric car [photo: Patrick Reid]

Some 2016 media buys for the 2016 Volt included ads on the Wired website, billboards where California tech-industry drivers are likely to be stuck in traffic, and a back cover of *Scientific American*.

Bolt EV ads, Gesse said then, would focus on the groundbreaking electric car's range (its 238-mile EPA rating) and price ($37,500 before incentives).

**CHECK OUT: Driving a Chevy Bolt EV electric car halfway across the U.S.: what it takes**

Chevy also focused heavily on its franchised dealerships, over whose day-to-day operations it has only limited control.

Measures include identifying best practices, videotaping salespeople who sell high volumes of Volts, and distributing the interactions to help other dealers understand that selling a plug-in car is "a discussion, not a sales process."

[hat tip: Jay Lucas]

_____

**Tags:**

2017  Advertising  Battery Electric Vehicle (BEV)  Chevrolet Bolt EV News  Chevrolet News  Chevy  Electric Cars  Green  Hatchbacks  Marketing  plug-in cars

**Contribute:**

**Additional Resources**

**Green Car Reports Newsletter**

Sign up to get the latest green car and environmental news, delivered to your inbox daily!

I agree to receive emails from Green Car Reports. I understand that I can unsubscribe at any time. Privacy Policy.

- 

Electric Jeeps, Volvo C40 Recharge up close, 50 mpg for under $30,000: The Week in Reverse

Bengt Halvorson July 17, 2021

Which automaker advised owners of its popular EV to park it outside? Which company thinks that CVTs are a good idea for electric cars? This is our look back at the Week In Reverse—right here at Green Car Reports—for the week ending June 16, 2021. We got an up-close look at the Volvo C40 Recharge electric vehicle and its rounded, coupe-like roofline. The 2022 Hyundai Santa Fe Plug-In Hybrid is the first plug-in SUV for the brand, and it's due for first deliveries in August, with 31 miles of all-electric driving and a hybrid-mode rating of 33 mpg combined—and, perhaps, a...

- 

Rivian R1T deliveries delayed to September: If it's first with an electric pickup, who's next?
Lordstown Motors, GM, Tesla, and Ford are among the companies lined up to potentially deliver electric trucks in the months following.

Bengt Halvorson July 16, 2021

- 

[Jeep EVs, Bosch CVT for EVs, GM fleet charging, Ford charging while towing: Today's Car News](#)
Bosch thinks CVTs are a good idea for EVs. Jeep is rolling out a full slate of electric SUVs. GM is extending its holistic charging approach to fleets. And Ford looks at towing and charging. This and more, here at Green Car Reports. According to the supplier Bosch, adding a continuously variable...

[Bengt Halvorson](#) July 16, 2021

- 

Jeep plans a lineup of fully electric vehicles by 2025—if you think globally
Jeep plans a fully electric entry in every SUV category by the middle of the decade, with plug-in hybrid models as well.

Bengt Halvorson July 16, 2021

- 

Bosch claims a CVT will help EVs optimize performance and range
EV startups, do you need a transmission for your electric car? Bosch is ready to sell you one.

Stephen Edelstein July 16, 2021



EVs could be charged when towed: Ford patent suggests some creative uses
Charging electric vehicles while towing them is the basis for a patent filing that sounds like brainstorming from an EV-club pub night.

Stephen Edelstein July 16, 2021



GM hopes to make EVs connect for fleets with holistic charging approach
Bengt Halvorson July 15, 2021
GM's Ultium Charge 360 effort for EVs is broadening to include fleet customers and the BrightDrop commercial business.



Bolt EV fires, suppliers ready Tesla 4680 cells, Infiniti EVs, EU's 2035 end date for ICE: Today's Car News

General Motors is back in investigation mode after a couple more Bolt EV fires. The EU tightens its targets and aims to phase out new internal combustion by 2035. Infiniti's plan to offer its future vehicles as series hybrids is reportedly off. And multiple suppliers are likely stepping up to...

Bengt Halvorson July 15, 2021

- 

Infiniti envisioned its near future around series hybrids, now says they're cut from the lineup
Infiniti's focused future, revolving around series-hybrid and pure-EV versions of its "Inspiration" concepts, appears to have splintered.

Bengt Halvorson July 15, 2021

- 

EU proposes 2035 as the end date for internal combustion cars
Tightening rules for plug-in hybrids by 2030 and an ell-electric new-car fleet are part of proposed rules in Europe—but 27 member nations will need to approve.

Stephen Edelstein July 15, 2021

- 

Report: Multiple battery suppliers are vying to make Tesla 4680 cells
Tesla plans to ramp up its own production of energy-dense 4680 cells, but it appears to have plenty of willing suppliers even ahead of that.

Stephen Edelstein July 15, 2021

- 

Charge your 2017-2019 Chevy Bolt EV outside: GM renews caution over fire concerns
After GM boasted a software remedy would shield 2017-2019 Bolt EV from fire concerns, cars are still burning while charging.

Bengt Halvorson July 14, 2021

