# EXHIBIT AA

# BUY OR LEASE THE CHEVROLET BOLT

| EPA-estimated | Starting MSRP | Available late |
|---|---|---|
| 238 miles per charge[2] | $37,495 | '16 |

## All-Electric. All-Efficient. All Aboard.

An all-electric vehicle offering an EPA- estimated 238 miles of range per full charge ‡ for an affordable price is how we define it. But passion and persistence are the principles used to accomplish it. Designed from the inside out, each element obsessed over: From the perfectly sculpted proportions to its distinctive technology, efficiency flows all around. Because when you experience Bolt EV, the difference is in every detail.

CHAT NOW





## LT

- Electronic Precision Shift
- Michelin® Self-Sealing Tires
- 10.2-inch Diagonal Color Touch-Screen
- Rear Vision Camera

## Premier

- Rear Camera Mirror
- Surround Vision
- Leather-Wrapped Heated Steering Wheel

**Compare Bolt EV Trims**



EPA-estimated

**238**

miles per charge[2]

### All-Electric Technology, Now An Everyday Reality

An all-electric vehicle offering an EPA-estimated 238 miles of range per full charge[1] for an affordable price – unheard of? Not anymore.

### More Range. Less Thinking About Charging.

Bolt EV offers an EPA-estimated 238 miles of range per full charge[1] – which is five times the amount needed for the average daily commute of 40 miles. This means you could potentially go a couple of days without having to charge the battery, if you choose. Think of it as driving around on a half tank of gas – so the only thing you have to think about is where you're going next.

CHAT NOW

## Channel Your Power

An EPA-estimated 238 miles of range per full charge[†] is incredible. You can optimize your range through a regenerative process, also known as the "regen effect," which automatically helps the battery restore more electricity while driving. Here are a few techniques that allow you to control when and how you want to channel even more electricity to the battery:



### Regen on Demand™

Allows you to slow down without using the brake pedal while transferring energy back to the battery, and then converts that energy into electricity. It's not magic. It's just a simple pull of the Regen on Demand paddle on your steering wheel. And doing just that, helps optimize range. Of course, you must use your brake pedal if you need to stop immediately.



### One Pedal Driving

Allows you to speed up and slow down by using the accelerator pedal. It works something like this: Press your foot down to increase speed, just like you normally would. To slow down, just lift your foot off the accelerator pedal. So, instead of losing energy when slowing down, One Pedal Driving helps you generate more energy to the battery. And it's just one more reason to drive Bolt EV.

## Custom Fit Charging

When it comes to charging, everything is centered around your driving needs. With plenty of charging options and personalized settings you can customize your charging times to fit your schedule, or even your location.



## You're In Charge

With the available 240-volt charging unit (professional installation required), charging your Bolt EV is as easy as plugging in your cell phone. The available 240-volt charging unit provides more power and will charge your Bolt EV faster. The standard Location-Based Charging feature makes it easy to customize your charging settings when at home, and take advantage of public charging when away.



 **25** miles of range per **1** hour of charge

with the available 240-volt charger[7]

###  240-Volt Charging

The available 240-volt charging unit is the fastest way to recharge your battery at home and offers more power than a 120-volt outlet. This higher-voltage system can provide up to an average of 25 miles of range per 1 hour of charge. You can fully replenish your battery from empty to full in about 9.5 hours. [‡]

###  Location-Based Charging

Program your charge settings whether you're home or away. Using the GPS signal in the car, Bolt EV will know when you're home and will activate according to your preset times. If you're somewhere else, and the vehicle is plugged in, Bolt EV will know to charge immediately.

###  DC Fast Charging

Bolt EV offers available DC Fast Charging capability, which provides a GM-estimated up to 90 miles of range in about 30 minutes of charge time. That's enough time to enjoy a cup of coffee. DC Fast Charging stations are available for public use and are perfect for topping off your charge while on the go.

## The Battery: Where It All Starts

You have places to go, and the Chevrolet Bolt EV makes it possible with a nickel-rich lithium-ion battery. Here's how: The battery chemistry enhances heat resistance and a liquid cooling system helps manage its temperature when the outside climate varies. Plus, the battery pack has an energy capacity of 60 kWh – which allows you to travel an EPA-estimated 238 miles of range on a full charge. [‡]

And thanks to an innovative battery cell arrangement, Bolt EV offers a low-profile underbody. This maximizes interior space for passengers and cargo. The centrally located battery pack provides an optimal center of gravity for excellent ride and handling.



CHAT NOW

# Customize And Control With Ease

By learning your every move, Bolt EV helps keep efficiency at its peak. Want to know how much energy you've used? There's a screen for that. Valuable information like your battery levels, range estimation, charge settings and climate controls is readily available on the standard 10.2-inch diagonal center display screen and 8-inch diagonal driver cluster.



# Big screen. Big-time technology.

If you feel like every detail of the interior was made just for you, it's because it was. The interactive, standard 10.2-inch diagonal tablet-like display offers multi-functional screens that you control with simple, intuitive gestures. Split-screen and expanded views make it easy to navigate and access your music, contacts and more, while night and day modes provide enhanced visibility.

10.2" diagonal display

Available

4G LTE Wi-Fi®12



Bolt EV offers more advanced ways to connect. Apple CarPlay ™† which is a smarter way to use your iPhone® to make calls, listen to music, get directions and more on the 10.2-inch diagonal display. Android Auto ™†, allows you to connect your compatible

# Overprotective. In A Good Way.

Helping protect you is an important job. And helping you prevent collisions is a big part of that. Bolt EV offers a number of ingenious radar- and camera-based systems designed around the vehicle – from front to back and on both sides. In other words – Bolt EV has the technology available that can help make driving safer.



CHAT NOW



- Available Front Pedestrian Braking
- Available Forward Collision Alert
- Available Side Blind Zone Alert
- Available Rear Cross Traffic Alert

- 10 Air Bags [‡]
- Utilizes Advanced High-Strength Steel Frame

- Available OnStar Automatic Crash Response [‡]
- Available OnStar Advisors [‡]

## CHEVY BOLT IN DUBLIN CA

Shopping for the new all-electric Chevy vehicle, the Bolt? Come take a look at the inventory that Dublin Chevrolet has available to those in the Bay Area. When you shop with us, we want to make sure that your buying experience is one that makes you want to come visit us again. We offer generous specials on our vehicles to help you save money. If you want to finance to own one of these vehicles, you can start the process online. Should you prefer to lease a Chevy Bolt, contact us about our buying options. Feel free to give us a call or send us an email today and we will get back to you as soon as possible.

SEARCH INVENTORY



Dealer Log In

CHAT NOW