**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | Consumer Alert: Important Chevrolet Bolt Recall for Fire Risk, NHTSA (July 14, 2021), https://www.nhtsa.gov/press-releases/consumer-alert-important-chevrolet-bolt-recall-fire-risk |
| B | Sean Graham, *[UPDATED] GM announces recall after a dozen Bolt EV Fires; 6 key questions with answers from GM,* Electrek (July 23, 2021), https://electrek.co/2021/07/23/gm-announces-recall-after-a-dozen-bolt-ev-fires-6-key-questions-we-need-answers-to/ (last visited Sept. 16, 2021). |
| C | *Consumer Alert: GM Issues New Recall, Safety Instructions for 2017-19 Chevrolet Bolt Vehicles*, NHTSA (July 23, 2021), https://www.nhtsa.gov/press-releases/new-recall-safety-instructions-2017-19-chevrolet-bolt (last visited Sept. 16, 2021). |
| D | *Bolt EV and Bolt EUV Recall Information*, Chevrolet, https://www.chevrolet.com/electric/bolt-recall (last visited Sept. 3, 2021). |
| E | Hannah Lutz, *GM recalls Bolts, will replace battery modules*, Automotive News (July 23, 2021), https://www.autonews.com/manufacturing/gm-recalls-bolts-will-replace-battery-modules (last visited Sept. 16, 2021). |
| F | David Welch & Dana Hull, *GM Tells Bolt Owners to Park 50 Feet Away From Other Cars*, Bloomberg (Sept. 15, 2021), https://www.bloomberg.com/news/articles/2021-09-15/gm-tells-some-bolt-owners-to-park-50-feet-away-from-other-cars (last visited Sept. 16, 2021). |
| G | *LG Energy Solution Michigan, Inc.*, https://lgenergymi.com/ (last visited Sept. 7, 2021). |
| H | Lee Min-hyung, *LG gears up for new era in auto parts industry,* The Korea Times (Aug. 17, 2016), http://m.koreatimes.co.kr/phone/news/view.jsp?req_newsidx=212120 (last visited Sept. 7, 2021). |
| I | Part 573 Safety Recall Report, 21V-650 (Aug. 20, 2021), https://static.nhtsa.gov/odi/rcl/2021/RCLRPT-21V650-2919.PDF (last visited Sept. 7, 2021). |
| J | Chevrolet Bolt EV Sales Numbers, GM AUTHORITY, https://gmauthority.com/blog/gm/chevrolet/bolt-ev/chevrolet-bolt-ev-sales-numbers/ |

| | |
|---|---|
| K | Mircea Panait, Chevrolet Bolt Concept EV Looks Premium at 2015 Detroit Auto Show, AUTOEVOLUTION (Jan. 12, 2015), https://www.autoevolution.com/news/chevrolet-bolt-concept-vehicle-looks-unfinished-at-2015-detroit-auto-show-live-photos-90958.html#press |
| L | GM Chairman and CEO Addresses CES, CHEVROLET: PRESSROOM (Jan. 6, 2016), https://media.gm.com/media/us/en/chevrolet/vehicles/bolt-ev/2019.detail.html/content/Pages/news/us/en/2016/Jan/boltev/0106-barra-ces.html |
| M | Drive Unit and Battery at the Heart of Chevrolet Bolt EV, CHEVROLET: PRESSROOM (Jan. 11, 2016), https://media.gm.com/media/us/en/chevrolet/vehicles/bolt-ev/2021.detail.html/content/Pages/news/us/en/2016/Jan/naias/chevy/0111-bolt-du.html |
| N | Jeff Cobb, 2017 Chevy Bolt's Trophy Case Is Filling Up, GM INSIDE NEWS (Nov. 28, 2016), https://www.gminsidenews.com/threads/2017-chevy-bolt%E2%80%99s-trophy-case-is-filling-up.300285/ |
| O | Sebastian Blanco, Chevy Bolt Wins 2017 Green Car of the Year, AUTOBLOG (Nov. 17, 2016), https://www.autoblog.com/2016/11/17/chevy-bolt-wins-2017-green-car-of-the-year/ |
| P | John Voelcker, Chevrolet Bolt EV: Green Car Reports' Best Car to Buy 2017, GREEN CAR REPORTS (Nov. 14, 2016), https://www.greencarreports.com/news/1106584_chevrolet-bolt-ev-green-car-reports-best-car-to-buy-2017#:~:text=The%20most%20important%20thing%20about,much%20faster%20than%20other%20uses |
| Q | Nicole Lee, Presenting the Best of CES 2016 winners!, ENDGADGET (Jan. 9, 2016), https://www.engadget.com/2016-01-08-presenting-the-best-of-ces-2016-winners.html |
| R | John Voelcker, Bolt EV Powertrain: How Did GM And LG Collaborate On Design, Production?, GREEN CAR REPORTS (Feb. 3, 2016), https://www.greencarreports.com/news/1102176_bolt-ev-powertrain-how-did-gm-and-lg-collaborate-on-design-production |
| S | Kevin Kelly, Chevrolet Develops Bolt EV Using Strategic Partnership, CHEVROLET: PRESSROOM (Oct. 20, 2015), |

| | |
|---|---|
| | https://media.chevrolet.com/media/us/en/chevrolet/home.detail.print.html/content/Pages/news/us/en/2015/oct/1020-bolt.html |
| T | Sam Abuelsamid, New GM-LG Partnership On Chevy Bolt EV Shows Why Barra Is Resisting Fiat Merger, FORBES (Oct. 21, 2015), https://www.forbes.com/sites/samabuelsamid/2015/10/21/general-motors-and-lg-team-up-to-jointly-develop-2017-chevrolet-bolt-ev/?sh=3b73c2cd380d |
| U | Matt Burns, *LG To Supply Key Parts For Chevy's Affordable Electric Vehicle*, TechCrunch (Oct. 20, 2015), https://techcrunch.com/2015/10/20/lg-to-supply-key-parts-for-chevys-affordable-electric-vehicle/ (last visited Sept. 14, 2021). |
| V | Rich Ceppos, Electric Vehicle FAQs, CAR AND DRIVER (May 27, 2020), https://www.caranddriver.com/shopping-advice/a32668797/ev-faqs/ |
| W | Emissions from Hybrid and Plug-In Electric Vehicles, U.S. DEP'T OF ENERGY, https://afdc.energy.gov/vehicles/electric_emissions.html |
| X | Brooke Crothers, Rising Gas Prices Driving You To An Electric Car? Cost To Charge A Tesla Model 3 Vs Gas, FORBES (May 22, 2021), https://www.forbes.com/sites/brookecrothers/2021/05/22/rising-gas-prices-driving-you-to-an-electric-car-cost-to-charge-a-tesla-model-3-vs-gas/?sh=6902fcf57192 |
| Y | Roberto Baldwin, EV vs. Gas: Which Cars Are Cheaper to Own?, CAR AND DRIVER (May 22, 2020), https://www.caranddriver.com/shopping-advice/a32494027/ev-vs-gas-cheaper-to-own/ |
| Z | Living Electric, CHEVROLET, chevrolet.com/electric/living-electric |
| AA | Chevrolet Bolt EV – 2017, CHEVROLET: PRESSROOM, https://media.chevrolet.com/media/us/en/chevrolet/vehicles/bolt-ev/2017.html |
| AB | Joey Capparella, 2017 Chevrolet Bolt EV First Drive, CAR AND DRIVER (Sept. 13, 2016), https://www.caranddriver.com/reviews/a15099295/2017-chevrolet-bolt-ev-first-drive-review/ |
| AC | Bradley Berman, EV Comparison: Tesla Model 3 vs. Chevy Bolt, INSIDEEVS (Oct. 25, 2018), https://insideevs.com/reviews/340642/ev-comparison-tesla-model-3-vs-chevy-bolt/ |

| | |
|---|---|
| AD | Christian Seabaugh, 2017 Chevrolet Bolt EV vs. 2016 Tesla Model S 60: High-Voltage, MOTORTREND (Oct. 31, 2016), https://www.motortrend.com/cars/chevrolet/bolt-ev/2017/2017-chevrolet-bolt-ev-vs-2016-tesla-model-s-60/ |
| AE | Eric Tingwall, Tested: 2017 Chevrolet Bolt EV, CAR AND DRIVER (Oct. 28, 2016), https://www.caranddriver.com/reviews/a15099446/2017-chevrolet-bolt-ev-test-review / |
| AF | Liz Winter, Bolt EV Offers 238 Miles of Range, CHEVROLET: PRESSROOM (Sept. 13, 2016), https://media.chevrolet.com/media/us/en/chevrolet/home.detail.html/content/Pages/news/us/en/2016/sep/0913-boltev.html |
| AG | 2018 Chevrolet Bolt EV, CHEVROLET: PRESSROOM, https://media.chevrolet.com/media/us/en/chevrolet/vehicles/bolt-ev/2018.html |
| AH | John Voelcker, Yes, ads for the Chevy Bolt EV electric car do actually exist; here's one, GREEN CAR REPORTS (June 19, 2017), https://www.greencarreports.com/news/1111082_yes-ads-for-the-chevy-bolt-ev-electric-car-do-actually-exist-heres-one |
| AI | Introducing the All-Electric 2017 Chevrolet Bolt EV, DUBLIN CHEVROLET, https://www.dublinchevrolet.com/Chevrolet-Bolt-EV |
| AJ | 2017 Bolt EV: All-Electric Vehicle, CHEVROLET, https://web.archive.org/web/20171011012928/http://www.chevrolet.com/bolt-ev-electric-vehicle |
| AK | The All Electric Chevrolet Bolt EV - 238 Miles Per Full Charge \| Chevrolet Bolt EV - Commercial TVC, YOUTUBE (Jan. 11, 2017), https://www.youtube.com/watch?v=uVIedKsm-Kg |
| AL | Chevrolet Delivers First Bolt EVs to Customers, CHEVROLET: PRESSROOM (Dec. 13, 2016), https://media.chevrolet.com/media/us/en/chevrolet/home.detail.html/content/Pages/news/us/en/2016/dec/1213-boltev.html |
| AM | Chevrolet Bolt EV – 2019, CHEVROLET: PRESSROOM, https://media.chevrolet.com/media/us/en/chevrolet/vehicles/bolt-ev/2019.tab1.html |
| AN | Batteries for Hybrid and Plug-In Electric Vehicles, U.S. DEP'T OF ENERGY, https://afdc.energy.gov/vehicles/electric_batteries.html |
| AO | Adreesh Ghoshal, How Lithium Ion Batteries in EVs Catch Fire, MEDIUM (Aug. 16, 2020), https://medium.com/the-innovation/how-lithium-ion-batteries-in-evs-catch-fire-9d166c5b3af1 |

| AP | Ryan Fogelman, April 2020 Fire Report: How & Why Do Lithium-Ion Batteries Fail, Insight from the Jedi Master of Lithium Power!, WASTE360 (May 5, 2020), https://www.waste360.com/safety/april-2020-fire-report-how-why-do-lithium-ion-batteries-fail-insight-jedi-master-lithium |
|---|---|
| AQ | Laura Bravo Diaz et al., Review—Meta-Review of Fire Safety of Lithium-Ion Batteries: Industry Challenges and Research Contributions, 167 J. Electrochemical Soc'y 9, 090559 (2020) |
| AR | Chris Woodford, Lithium-ion batteries, EXPLAINTHATSTUFF! (Nov. 23, 2020), https://www.explainthatstuff.com/how-lithium-ion-batteries-work.html |
| AS | Christopher Arcus, Tesla Model 3 & Chevy Bolt Battery Packs Examined, CLEANTECHNICA (July 8, 2018), https://cleantechnica.com/2018/07/08/tesla-model-3-chevy-bolt-battery-packs-examined/ |
| AT | WeberAuto, Chevrolet Bolt EV Battery Disassembly, YOUTUBE (Feb. 19, 2018), https://www.youtube.com/watch?v=ssU2mjiNi_Q&feature=emb_title |
| AU | Pouch Cell – Small but not Trouble Free, BATTERY UNIVERSITY, https://batteryuniversity.com/article/pouch-cell-small-but-not-trouble-free |
| AV | NHTSA Bulletin No.: PIC6239 (Dec. 2016), https://static.nhtsa.gov/odi/tsbs/2016/MC-10111727-9999.pdf |
| AW | NHTSA Bulletin No.: PIC6239H (May 25, 2018), https://static.nhtsa.gov/odi/tsbs/2018/MC-10141375-9999.pdf |
| AX | GM Customer Satisfaction Program, 17297 High Voltage Battery Pack Low Cell (Nov. 2017), https://static.nhtsa.gov/odi/tsbs/2018/MC-10141375-9999.pdf |
| AY | Jim Fallston, Saw new recall #N172127150 on mychevrolet today, ChevyBolt.org (Apr. 5, 2018), https://www.chevybolt.org/threads/saw-new-recall-n172127150-on-mychevrolet-today.26938/ |
| AZ | Heekyong Yang & Joyce Lee, *Hyundai profit hit after electric car recall, but LG Chem seen bearing bulk of costs*, Reuters (Mar. 3, 2021), https://www.reuters.com/article/us-hyundai-motor-electric-recall/hyundai-profit-hit-after-electric-car-recall-but-lg-chem-seen-bearing-bulk-of-costs-idUSKBN2AW0OY (last visited Sept. 14, 2021). |

| | |
|---|---|
| BA | 2017 Chevrolet Bolt Ev Technical Service Bulletins, OBD CODES, https://www.obd-codes.com/tsb/2017/chevrolet/bolt-ev/ |
| BB | GM Customer Satisfaction Program, 18125 Loss of Propulsion High Voltage Battery Without Notification (May 2018), https://static.nhtsa.gov/odi/tsbs/2018/MC-10143682-9999.pdf |
| BC | Eric Loveday, *UPDATE – Possible Chevy Bolt Battery Cell Failure Prompts GM Statement / Recall, INSIDEEVS (May 11, 2018), https://insideevs.com/news/337521/update-possible-chevy-bolt-battery-cell-failure-prompts-gm-statement-recall/ |
| BD | GM Customer Satisfaction Program, 18125 Loss of Propulsion High Voltage Battery Without Notification (Aug. 2018), https://static.nhtsa.gov/odi/tsbs/2018/MC-10145176-9999.pdf |
| BE | Bradley Berman, My Chevy Bolt Is On Third Battery Pack: Here's Why, INSIDEEVS (Feb. 6, 2019), https://insideevs.com/news/342671/my-chevy-bolt-is-on-third-battery-pack-heres-why/ |
| BF | NHTSA, Part 573 Safety Recall Report 20V-701 (Nov. 13, 2020) |
| BG | Advancing Safety by Addressing Defects and Raising Awareness, U.S. DEP'T OF TRANSP.: NHTSA, https://www.nhtsa.gov/advancing-safety-addressing-defects-and-raising-awareness |
| BH | NHTSA Consumer Alert: Important Chevrolet Bolt Recall for Fire Risk, U.S. DEP'T OF TRANSP.: NHTSA (Nov. 13, 2020), https://www.nhtsa.gov/press-releases/nhtsa-consumer-alert-important-chevrolet-bolt-recall-fire-risk |
| BI | Steve Birkett, 3 Takeaways from GM's Q&A with a Chevy Bolt EV Battery Expert, TORQUENEWS (Oct. 31, 2019), https://www.torquenews.com/7893/3-takeaways-qa-chevy-bolt-ev-battery-expert |
| BJ | Allen Brooks, EV "Range Anxiety": Real World Issues, MASTERRESOURCE (July 10, 2017), https://www.masterresource.org/electric-vehicles/ev-batteries/ |
| BK | E-mail from Steve Hill, U.S. Vice President, Chevrolet, to 2017 Bolt Owners (2020), https://static.nhtsa.gov/odi/rcl/2020/RMISC-20V701-4450.pdf |
| BL | Ryan Aalund, et al., *Understanding the Non-Collision Related Battery Safety Risks in Electric Vehicles a Case Study in Electric Vehicle Recalls and the LG Chem Battery*, 9 IEEE Access 89527, 89530 (2021) |

| | |
|---|---|
| BM | Sean Graham, *Exclusive: The latest Chevy Bolt fire reveals troubling pattern that owners should be aware of*, ELECTREK (May 7, 2021), https://electrek.co/2021/05/07/exclusive-the-latest-chevy-bolt-fire-reveals-troubling-pattern-that-owners-should-be-aware-of/ |
| BN | Sean Graham, *Chevy Bolt EV catches on fire after receiving both of GM's 'software fixes,'* ELECTREK (Jul. 8, 2021), https://electrek.co/2021/07/08/chevy-bolt-ev-catches-on-fire-after-receiving-both-of-gm-software-fixes/ |
| BO | Neal E. Boudette, *G.M. is expanding its recall of the Chevrolet Bolt over fire concerns.*, N.Y. Times (Aug. 20, 2021), https://www.nytimes.com/2021/08/20/business/gm-chevrolet-bolt-battery-recall.html?referringSource=articleShare (last visited Sept.3, 2021). |
| BP | Hannah Lutz, *GM recalls all Chevy Bolt EVs for fire risk*, Automotive News (Aug. 20, 2021), https://www.autonews.com/regulation-safety/gm-recalls-all-chevy-bolt-evs-fire-risk?utm_source=breaking-news&utm_medium=email&utm_campaign=20210820&utm_content=hero-headline (last visited Sept. 15, 2021). |
| BQ | Jamie LaReau, *GM recalls all Chevy Bolts for fire risk, recall to cost extra $1 billion*, Detroit Free Press (Aug. 20, 2021), https://www.freep.com/story/money/cars/general-motors/2021/08/20/chevy-bolt-recall-2021-gm-fire-risk/8217053002/ (last visited Sept. 16, 2021). |
| BR | Michael Wayland, *GM advising some Bolt EV owners to park 50 feet away from other cars in case of fire*, CNBC (Sept. 15, 2021), https://www.cnbc.com/2021/09/15/gm-advising-some-bolt-ev-owners-to-park-50-feet-away-from-other-cars.html (last visited Sept. 16, 2021). |
| BS | Paul Lienert & Heekyong Yang, *Cells in GM, Hyundai EV battery fires linked to several LG plants*, Reuters (Aug. 27, 2021), https://www.reuters.com/business/autos-transportation/cells-gm-hyundai-ev-battery-fires-linked-several-lg-plants-2021-08-27/ (last visited Sept. 14, 2021). |
| BT | Jamie LaReau, *GM 'not confident' LG Chem will build defect-free Bolt batteries*, Detroit Free Press (Aug. 30, 2021), https://www.freep.com/story/money/cars/general-motors/2021/08/30/gm-lg-chem-bolt-batteries/5652862001/ (last visited Sept. 14, 2021). |

| | |
|---|---|
| BU | Tom Krisher, GM recalling nearly 69K Bolt electric cars due to fire risk, ABC NEWS (Nov. 13, 2020), https://abcnews.go.com/Technology/wireStory/gm-recalling-69k-bolt-electric-cars-due-fire-74194714 |