UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re Chevrolet Bolt EV Battery Litigation* | Case No. 2:20-13256-TGB-CI<br><br>Honorable Terrence G. Berg<br><br>Magistrate Judge Curtis Ivy |

**STIPULATED ORDER SETTING BRIEFING SCHEDULE REGARDING THE DEFENDANTS' MOTIONS TO COMPEL <u>ARBITRATION</u>**

Plaintiffs and Defendants General Motors LLC ("GM"), LG Energy Solution Michigan Inc. ("LG ES Michigan"), and LG Electronics USA, Inc. ("LGEUS") (together, "the parties"), through their respective counsel, stipulate to the entry of an Order as follows:

On November 19, 2021, the Court entered the "Stipulated Order Amending Stipulated Order Extending Page Limits Regarding Defendants' Motions to Dismiss and Setting Briefing Schedule (ECF No. 31)." ECF No. 34. That Order extended the deadline for Defendants to file papers in support of their respective motions to dismiss and/or their separate motions to strike nationwide class allegations to December 17, 2021; extended the deadline for Plaintiffs to file their oppositions to

1

Defendants' motions to dismiss and motions to strike until 60 days after the date on which such motions are filed; and extended Defendants' deadline to file replies in support of their motions until 37 days after the oppositions are filed.

On December 17, 2021, the Defendants filed motions to dismiss (ECF Nos. 36, 44, and 49) and motions to strike the nationwide class allegations (ECF No. 37 and 48), as well as motions to compel arbitration of certain Plaintiffs' claims (ECF Nos. 35, 46, and 47[1]).

Due to the significant amount of briefing and the desire to preserve a common schedule for the parties' respective briefs, the parties stipulate that the briefing schedule on the motions to dismiss and motions to strike shall also apply to the briefing on the motions to compel arbitration (ECF Nos. 35, 46, and 47).

WHEREFORE, it is hereby ORDERED that:

1. The deadline for Plaintiffs to file oppositions to Defendants' motions to dismiss, motions to strike, and motions to compel arbitration (ECF Nos. 35, 36, 37, 44, 46, 47, 48, and 49) shall be February 15, 2022, 60 days after the motions were filed.

2. Defendants' deadline to file replies in support of these motions shall be 37 days after Plaintiffs' oppositions are filed.

---

[1] LGEUS's motion (ECF No. 47) is a Motion to Join Motion to Compel Arbitration of General Motors LLC and LG Energy Solutions Michigan, Inc., but contains arguments in support of compelling the Plaintiffs' claims to arbitration.

2

**IT IS SO ORDERED.**

Dated: January 3, 2022         /s/Terrence G. Berg
                                                         TERRENCE G. BERG
                                                         UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED TO:**

DATED: December 29, 2021

| | |
|---|---|
| By: */s/ E. Powell Miller* <br> E. Powell Miller (P39487) <br> Sharon S. Almonrode (P33938) <br> Melvin B. Hollowell (P37834) <br> Dennis A. Lienhardt (P81118) <br> **THE MILLER LAW FIRM, P.C.** <br> 950 West University Drive., Suite 300 <br> Rochester, MI 48307 <br> Tel: (248) 841-2200 <br> Fax: (248) 652-2852 <br> epm@millerlawpc.com <br> ssa@millerlawpc.com <br> mbh@millerlawpc.com <br> dal@millerlawpc.com <br><br> Ryan McDevitt (P84389) <br> Gretchen Freeman Cappio (P84390) <br> Lynn Lincoln Sarko <br> Emma Wright <br> **KELLER ROHRBACK L.L.P.** <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101-3052 <br> Tel: (206) 623-1900 <br> Fax: (206) 623-3384 <br> rmcdevitt@kellerrohrback.com <br> gcappio@kellerrohrback.com <br> lsarko@kellerrohrback.com <br> ewright@kellerrohrback.com <br><br> *Co-Lead Counsel* <br><br> David C. Wright <br> Mark I. Richards <br> Richard D. McCune <br> Steven A. Haskins | By: */s/ Elisabeth Anderson (w/consent)* <br> John Nadolenco <br> Elisabeth M. Anderson <br> **MAYER BROWN LLP** <br> 350 South Grand Avenue <br> 25th Floor <br> Los Angeles, CA 90071 <br> Tel: (213) 229-5173 <br> Fax: (213) 625-0248 <br> jnadolenco@mayerbrown.com <br> eanderson@mayerbrown.com <br><br> Archis Parasharami <br> **MAYER BROWN LLP** <br> 1999 K Street, NW <br> Washington, DC 20006-1101 <br> Tel: (202) 263-3328 <br> Fax: (202) 263-3300 <br> aparasharami@mayerbrown.com <br><br> Andrew S. Roseman (P54869) <br> **MAYER BROWN LLP** <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> Tel: (312) 782-0600 <br> Fax: (312) 701-7711 <br> aroseman@mayerbrown.com <br><br> *Attorneys for Defendant General Motors LLC* <br><br> By: */s/ Samuel Zimmerman (w/consent)* <br> Phoebe A. Wilkinson <br> Samuel L. Zimmerman <br> **HOGAN LOVELLS US LLP** <br> 390 Madison Avenue |

**MCCUNE WRIGHT ARAVELO, LLP**
3281 East Guasti Rd., Suite 100
Ontario, CA 91761
Tel: (909) 557-1250
Fax: (909) 557-1275
dcw@mccunewright.com
mir@mccunewright.com
rdm@mccunewright.com
sah@mccunewright.com

Roberta Liebenberg
Gerard A. Dever
Mary L. Russell
**FINE, KAPLAN AND BLACK, RPC**
1 South Broad St., Suite 2300
Philadelphia, PA 19107
Tel: (215) 567-6565
rliebenberg@finekaplan.com
gdever@finekaplan.com
mrussell@finekaplan.com

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H St. NE, Suite 302
Washington D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Todd Friedman
David B. Levin
**LAW OFFICES OF TODD M. FRIEDMAN, PC**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Tel: (224) 218-0882
Fax: (866) 633-0228

New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
Phoebe.wilkinson@hoganlovells.com
Samuel.zimmerman@hoganlovells.com

A. Michael Palizzi (P47262)
**MILLER CANFIELD**
150 West Jefferson Avenue, Suite 2500
Detroit, Michigan 48226
Tel: (313) 496-7645
Fax: (313) 496-7500
palizzi@miller.canfield.com

*Attorneys for Defendant LG Electronics USA, Inc.*

By: */s/ Robert Collins (w/consent)*
Mark S. Mester
Robert Collins
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Mark.mester@lw.com
Robert.collins@lw.com

*Attorneys for Defendant LG Energy Solutions Michigan, Inc.*

5

dlevin@toddflaw.com
tfriedman@toddflaw.com

Benjamin F. Johns
Beena M. McDonald
Samantha E. Holbrook
Alex M. Kashurba
**CHIMICLES SCHWARTZ KRINER &DONALDSON-SMITH LLP**
361 Est Lancaster Ave.
One Haverford Centre
Haverford, PA 19041
Tel: (610) 642-8500
bfj@chimicles.com
bmm@chimicles.com
seh@chimicles.com
amk@chimicles.com

*Plaintiffs' Steering Committee*