## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re Chevrolet Bolt EV Battery Litigation* | No. 2:20-13256-TGB-CI<br><br>Honorable Terrence G. Berg<br>Magistrate Judge Curtis Ivy |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### OF NAMED PLAINTIFF JEANNE STERBA

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Jeanne Sterba, by and through her undersigned counsel of record, voluntarily dismisses her claims in the above-referenced action, without prejudice.

DATED this 18th day of October, 2022.

KELLER ROHRBACK L.L.P.

By: */s/ Ryan McDevitt*
Lynn Lincoln Sarko
Gretchen Freeman Cappio (P84390)
Ryan McDevitt (P84389)
Emma Wright
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
ewright@kellerrohrback.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Melvin B. Hollowell (P37834)
Dennis A. Lienhardt (P81118)
THE MILLER LAW FIRM
950 West University Dr., Suite 300
Rochester, MI 48307
(248) 841-2200
Fax (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
mbh@millerlawpc.com
dal@millerlawpc.com

*Interim Co-Lead Counsel*

David C. Wright
Mark I. Richards
Richard D. McCune
Steven A. Haskins
MCCUNE WRIGHT ARAVELO, LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761
(909) 557-1250
Fax (909) 557-1275
dcw@mccunewright.com
mir@mccunewright.com
rdm@mccunewright.com
sah@mccunewright.com

Roberta Liebenberg
Gerard A. Dever
Mary L. Russell
FINE, KAPLAN AND BLACK, RPC
1 South Broad St., Suite 2300
Philadelphia, PA 19107
(215) 567-6565
rliebenberg@finekaplan.com
gdever@finekaplan.com
mrussell@finekaplan.com

Nicholas A. Migliaccio (P29077)
Jason S. Rathod (P18424)
MIGLIACCIO & RATHOD LLP
412 H St. NE, Suite 302
Washington D.C. 20002
(202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Todd Friedman
David B. Levin
LAW OFFICES OF TODD M.
FRIEDMAN, PC
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
(224) 218-0882
Fax (866) 633-0228
dlevin@toddflaw.com
tfriedman@toddflaw.com

3

Benjamin F. Johns
Beena M. McDonald
Samantha E. Holbrook
Alex M. Kashurba
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
361 West Lancaster Ave
One Haverford Centre
Haverford, PA 19041
(610) 642-8500
bmm@chimicles.com
bfj@chimicles.com
seh@chimicles.com

*Plaintiffs' Steering Committee*

4

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing using the ECF system which will send electronic notices of same to all counsel of record.

                                    Respectfully submitted,

                                    By: */s/ Ryan McDevitt*
                                        Ryan McDevitt