# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re Chevrolet Bolt EV Battery Litigation* | Case No. 2:20-cv-13256-TGB-CI<br><br>Hon. Terrence G. Berg<br>Magistrate Judge Curtis Ivy |

**INDEX OF EXHIBITS IN SUPPORT OF GENERAL MOTORS LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF UNDER FED. R. CIV. P. 23(D), LIMITED DISCOVERY RELATED THERETO, AND THE PRESERVATION OF EVIDENCE**

| Exhibit 1 | Declaration of Nathan Giannettino with exhibits A-C<br>　　　Exhibit A: Customer notification letter template<br>　　　Exhibit B: Goodwill reimbursement program website<br>　　　Exhibit C: Frequently Asked Questions |
|---|---|
| Exhibit 2 | Electronic correspondence regarding Plaintiffs' contemplated motion for class certification, dated July 29, 2022 through August 8, 2022 |
| Exhibit 3 | Electronic correspondence regarding Plaintiffs' contemplated Fed. R. Civ. P. 23(d) motion, dated October 19, 2022 through October 20, 2022 |
| Exhibit 4 | NHTSA Recall No. 21V-560, Part 573 Safety Recall Report (August 20, 2021), https://static.nhtsa.gov/odi/rcl/2021/RCLRPT-21V560-5475.PDF |
| Exhibit 5 | NHTSA Recall No. 21V-650, Part 573 Recall Report (August 20, 2021), https://static.nhtsa.gov/odi/rcl/2021/RCLRPT-21V650-2919.PDF |
| Exhibit 6 | *Chevy Bolt Buyers Will Receive Retroactive Discounts Ahead of the Price Cut* (June 30, 2022), https://motonewstoday.com/chevy-bolt-buyers-will-receive-retroactive-discounts-ahead-of-the-price-cut/21742/ (last visited Nov. 8, 2022) |