UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jason Vaaler, et al.,

                Plaintiff(s),

v.                                   Case No. 2:20−cv−13256−TGB−CI
                                      Hon. Terrence G. Berg

General Motors LLC, et al.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion − #122

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/A Chubb
                                                    Case Manager

Dated: February 7, 2023