Douglas Gordon Yule, Jr.
520 Petaluma Ave
Sebastopol, CA 95472
(707) 827-3664
dgyule@comcast.net

FILED
CLERK'S OFFICE
DEC 26 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

United States District Court for Eastern District of Michigan
In re Chevrolet Bolt EV Battery Litigation
Case No. 2:20-13256-TGB-CI
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 253
Detroit, MI 48226

December 2, 2024

Dear Clerk of the Court:

I currently own a 2017 Chevrolet Bolt, VIN 1G1FW6S09H4169794, which I purchased new from Platinum Chevrolet in Santa Rosa, California, on July 7, 2017. I am a Class Member in the above-mentioned Class Action and, although I have completed and submitted a claim form in this action, I would like to submit an objection to the proposed settlement as follows:

In February of 2022, my 2017 Chevrolet Bolt displayed an error message "Propulsion Power is Reduced" and the yellow "Service Vehicle Soon" indicator remained lit. I took the vehicle to Platinum Chevrolet, and the service technician there confirmed that the battery pack would need replacement as indicated by the attached Platinum Chevrolet Repair Order (R/O # 6019631). General Motors (GM) supplied new batteries, and Platinum Chevrolet replaced the old battery pack with the new one supplied by GM all at no cost to me.

As I understand it, GM recalled and replaced all of the batteries in all Chevrolet Bolt EVs in model years 2017 – 2022 and in the Chevrolet Bolt EUV for model year 2022 at no cost to the vehicle owners. As such, the proposed settlement of $700 in the above-mentioned Class Action seems excessive to me. GM has provided what I consider to be full and complete remedy for the defective batteries through their recall and replacement.

I have never before submitted any objection to any class action settlement to any court. I am not represented by counsel, and I do not plan to appear at the Court's Fairness Hearing which is currently scheduled to be held on March 25, 2025, at 2:00 PM.

Thank you for your attention. Sincerely,

*[signature: Douglas Gordon Yule, Jr.]*

encl:   Platinum Chevrolet R/O # 6019631



**PLATINUM CHEVROLET** *Santa Rosa*
3001 Corby Avenue Santa Rosa, CA 95407
Phone: (707) 525-1800
BAR# ARD167153
EPA# CAL000386152

SERVICE DEPARTMENT HOURS
7:30 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| | |
|---|---|
| 02/21/22 | 6019631/1 |
| 03/09/22 | Pre-Invoice |
| 30629 | 30629 |
| NICK TAUBER/T417 | |

YULE JR, DOUGLAS GORDON
520 PETALUMA AVE
SEBASTOPOL, CA  95472

707-827-3664    1G1FW6S09H4169794
707-827-3664    07/07/17    07/07/17

| 2017 | CHEVROLET | BOLT EV | | ARTIC_BLUE | |

```
Cell: 707-827-3664   Email: DGYULE@COMCAST.NET

#1 - DIAG: DIAGNOSIS
     CUSTOMER STATED CAR WILL NOT TAKE A CHARGE,
     PROPULSION POWER IS REDUCED MESSAGE DISPLAYED.
     SERVICE VECHICAL SOON MESSAGE DISPLAYED. PLEASE
     SEE ATTACHED PAPERWORK FOR DETAILED DESCRIPTION
     OF PROBLEM
        Caused by
        P0BBE EV BATTERY PACK VOLTAGE VARIATION
        SENT INFO TO TAC, WILL NEED BATTERY REPLACEMENT,
        INTERNAL FAILURE
     Tech: JEFF ANDERSON          (219)                         Warranty
     Tech: JEFF ANDERSON          (219)                         Warranty
     Installed 12378390 :N-COOLANT (08800-BOPCKT)   Qty: 2      Warranty
     REPLACED EV BATTERY, TOPPED OFF COOLING SYSTEM
     AND PROGRAMMED MODULES
     WCC:0SYN104876247
     OLD BATTERY #1117100RES086285
     NEW BATTERY #6522035RES007066
-------------------------------------------------------------------
#2 - AIR: PERFORM C.A.R.B. MANDATED TIRE PRESSURE CHECK
          ANDINFLATION L/F_____R/F_____L/R_____
          __R/R_____
     Tech: JEFF ANDERSON          (219)
     Sub Total: .00
-------------------------------------------------------------------
```

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."
DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.
Non-GM Parts/Accessories installed by the Dealer.
Non-GM parts and accessories are not covered under the GM New Vehicles Limited Warranty. They also may damage the vehicle, compromise its compliance with safety standards or void the GM Warranty on the vehicle itself. GM is not responsible for the consequences of installing any non-GM equipment, parts or accessories on the vehicle. A list of non-GM parts is available to you upon request.
Notice to Consumer: Please read important information on back.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

X
© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group



**PLATINUM CHEVROLET** Santa Rosa
3001 Corby Avenue Santa Rosa, CA 95407
Phone: (707) 525-1800
BAR# ARD167153
EPA# CAL000386152

| R/O Open Date | R/O Number |
|---|---|
| 02/21/22 | 6019631/2 |
| R/O Close Date | Status |
| 03/09/22 | Pre-Invoice |
| Mileage In | Mileage Out |
| 30629 | 30629 |
| Service Advisor / Tag # | |
| NICK TAUBER/T417 | |

SERVICE DEPARTMENT HOURS
7:30 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

YULE JR, DOUGLAS GORDON
520 PETALUMA AVE
SEBASTOPOL, CA 95472

| Work Phone | Vehicle Identification Number |
|---|---|
| 707-827-3664 | 1G1FW6S09H4169794 |
| Home Phone | Delivery Date | In-Service Date |
| 707-827-3664 | 07/07/17 | 07/07/17 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | CHEVROLET | BOLT EV | | ARTIC BLUE | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| #3 - FREE27: PERFORM FREE MULTI-POINT VEHICLE INSPECTION, EXAMPLE OF INSPECTION HANDED TO CUSTOMER.<br>Tech: JEFF ANDERSON (219)<br>Sub Total: .00 | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."
DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.
Non-GM Parts/Accessories installed by the Dealer.
Non-GM parts and accessories are not covered under the GM New Vehicles Limited Warranty. They also may damage the vehicle, compromise its compliance with safety standards or void the GM Warranty on the vehicle itself. GM is not responsible for the consequences of installing any non-GM equipment, parts or accessories on the vehicle. A list of non-GM parts is available to you upon request.
Notice to Consumer: Please read important information on back.

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.
X

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group



**PLATINUM CHEVROLET** Santa Rosa
3001 Corby Avenue Santa Rosa, CA 95407
Phone: (707) 525-1800
BAR# ARD167153
EPA# CAL000386152

SERVICE DEPARTMENT HOURS
7:30 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| | |
|---|---|
| 02/21/22 | 6019631/1 |
| 10:13 | 2/21 17:00 |
| 30629 | |
| NICK TAUBER/T417 | |

YULE JR, DOUGLAS GORDON
520 PETALUMA AVE
SEBASTOPOL, CA  95472

| 707-827-3664 | 1G1FW6S09H4169794 |
| 707-827-3664 | 07/07/17 | 07/07/17 |

| 2017 | CHEVROLET | BOLT EV | | ARTIC_BLUE | |

Cell: 707-827-3664   Email: DGYULE@COMCAST.NET

APP MAJOR GUARD 100000 or 7/07/27 Ded 200

```
#1 - DIAG: DIAGNOSIS                                                  W
      CUSTOMER STATED CAR WILL NOT TAKE A CHARGE,                     W
      PROPULSION POWER IS REDUCED MESSAGE DISPLAYED.                  W
      SERVICE VECHICAL SOON MESSAGE DISPLAYED. PLEASE                 W
      SEE ATTACHED PAPERWORK FOR DETAILED DESCRIPTION                 W
      OF PROBLEM                                                      W
                                        Estimate:      .00       .00

#2 - AIR: PERFORM C.A.R.B. MANDATED TIRE PRESSURE CHECK AND           C
      INFLATION L/F_____R/F_____L/R_____R                    C
      /R_____                                                      C
                                        Estimate:      .00       .00

#3 - FREE27: PERFORM FREE MULTI-POINT VEHICLE INSPECTION, EXAMP       C
      LE OF INSPECTION HANDED TO CUSTOMER.                            C
                                        Estimate:      .00       .00

#4 - ISERV: I SERVICE VIDEO                                           C
                                        Estimate:      .00       .00

                                   Total Estimate:               .00
```

**TERMS: STRICTLY CASH UNLESS ARRANGEMENTS MADE**
"I hereby authorize the repair work above to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."
**DISCLAIMER OF WARRANTIES.**
Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

**Non-GM Parts/Accessories installed by the Dealer.**
Non-GM parts and accessories are not covered under the GM New Vehicles Limited Warranty. They also may damage the vehicle, compromise its compliance with safety standards or void the GM Warranty on the vehicle itself. GM is not responsible for the consequences of installing any non-GM equipment, parts or accessories on the vehicle. A list of non-GM parts is available to you upon request.

Notice to Consumer: Please read important information on back.

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

PRELIMINARY ESTIMATE  $ _____

AUTHORIZED BY  X _____

Revised Estimate Parts _____ Labor _____ Totals _____ Phone # _____
DATE _____ TIME _____  FAX # _____ BY _____
Revision Details _____ E-mail _____
Revised Estimate Parts _____ Labor _____ Totals _____ Phone # _____
DATE _____ TIME _____  FAX # _____ BY _____
Revision Details _____ E-mail _____

"I acknowledge notice and oral approval of an increase in the original estimate price. _____
        BAR # ARD167153      EPA # CAL000067329

Customer: Douglas Yule  Phone: (707) 827-3664
Vehicle: 2017 Chevrolet Bolt EV  VIN: 1G1FW6S09H4169794

01/20/2022: Platinum Chevrolet: Recall update to reduce maximum charge to 80%

01/20/2022: Charge vehicle overnight (off-peak charging set to start charging 11:15 PM)

01/21/2022: After overnight charge vehicle shows only 130 miles of range and "Plug in to Charge" message displayed. I called Platinum Chevrolet service and connected with a woman who told me to put the vehicle through a couple of more charge cycles because it took the vehicle a few cycles to "learn" how much range the charge represented.

02/04/2022: Charge vehicle overnight (off-peak charging set to start charging 11:15 PM)

02/05/2022: After overnight charge vehicle shows ~140 miles of range and "Plug in to Charge" message displayed. I wondered whether the vehicle had time to fully charge before off-peak charging expired and decided to charge it again the next night.

02/05/2022: Charge vehicle overnight (off-peak charging set to start charging 11:15 PM)

02/06/2022: After overnight charge vehicle shows ~140 miles of range and "Plug in to Charge" message displayed.

02/13/2022: Charge vehicle overnight (off-peak charging set to start charging 11:15 PM)

02/14/2022: After overnight charge vehicle shows ~140 miles of range and "Plug in to Charge" message displayed.

02/19/2022: Charge vehicle overnight (off-peak charging set to start charging 11:15 PM)

02/20/2022: When I unplugged the vehicle, I noticed a faint "ticking" sound coming from under the hood. Vehicle shows 99 miles of range and "Fully Charged" message displayed. When I turned the vehicle on it displayed the message "Propulsion Power is Reduced" and the yellow "Service Vehicle Soon" light remained lit.

I backed the vehicle out of the garage, pulled it back into the garage, turned it off, and the faint noise I had heard previously had stopped. Vehicle displayed 99 miles of range and "Plug in to Charge" message displayed. I plugged set the vehicle to "Immediate Charge" mode and plugged it in. Charge indicator lamp on dash is solid green. Vehicle displayed 99 miles of charge and "Fully Charged" message displayed.

When I turned the vehicle on it displayed the message "Initializing Wait to Shift". Once that message cleared the yellow "Service Vehicle Soon" light remained lit. I attempted to shift into Reverse, but it displayed a message that conditions were not right for shifting and that I should shift back to Park. I turned it off and back on again. It displayed the "Initializing Wait to Shift" message, and when that cleared and I attempted to shift into Reverse it again displayed the message that conditions were not right for shifting and that I should shift back into Park.

I let the vehicle sit for about half-an-hour. When I came back to it, the vehicle showed 99 miles of range and "Plug in to Charge" message displayed. This time when I turned the vehicle on it displayed the message "Propulsion Power is Reduced" and the yellow "Service Vehicle Soon" light remained lit.

I decided to eliminate the possibility that the JuiceBox, 240 V charger which I use was the problem. So, with the vehicle still in Immediate Charge mode, using a portable 240 V charging cable I plugged the vehicle directly into the 240 V, 50 Amp socket into which my JuiceBox charger is normally plugged. Charge indicator lamp on dash is solid green. Vehicle displayed 99 miles of charge and "Fully Charged" message displayed. So, it appears that the problem is not with the JuiceBox charger.

Vehicle Charge History: 12/31/2021 – 02/20/2022

| Unit Name | Time start | Time end | Charge Time | kWh |
|---|---|---|---|---|
| "JuiceBox" | "2/20/2022 7:37:32 AM" | "2/20/2022 7:38:30 AM" | "00:00:58" | 0.003 |
| "JuiceBox" | "2/20/2022 7:22:42 AM" | "2/20/2022 7:23:58 AM" | "00:01:16" | 0.003 |
| "JuiceBox" | "2/19/2022 11:14:32 PM" | "2/19/2022 11:26:43 PM" | "00:12:11" | 0.175 |
| "JuiceBox" | "2/19/2022 11:12:34 PM" | "2/19/2022 11:12:36 PM" | "00:00:02" | 0.013 |
| "JuiceBox" | "2/19/2022 6:04:09 PM" | "2/19/2022 6:04:28 PM" | "00:00:19" | 0.008 |
| "JuiceBox" | "2/13/2022 11:15:34 PM" | "2/14/2022 5:34:11 AM" | "06:18:37" | 0.023 |
| "JuiceBox" | "2/13/2022 10:49:41 PM" | "2/13/2022 10:50:35 PM" | "00:00:54" | 0.034 |
| "JuiceBox" | "2/6/2022 8:48:28 AM" | "2/6/2022 8:57:15 AM" | "00:08:47" | 0.279 |
| "JuiceBox" | "2/5/2022 11:15:18 PM" | "2/6/2022 4:50:53 AM" | "05:35:35" | 0.02 |
| "JuiceBox" | "2/5/2022 11:13:21 PM" | "2/5/2022 11:13:24 PM" | "00:00:03" | 0.013 |
| "JuiceBox" | "2/5/2022 5:32:14 PM" | "2/5/2022 5:32:32 PM" | "00:00:18" | 0.008 |
| "JuiceBox" | "2/4/2022 11:15:19 PM" | "2/5/2022 6:19:05 AM" | "07:03:46" | 0.023 |
| "JuiceBox" | "2/4/2022 11:13:19 PM" | "2/4/2022 11:13:20 PM" | "00:00:01" | 0.013 |
| "JuiceBox" | "2/4/2022 10:08:00 PM" | "2/4/2022 10:08:06 PM" | "00:00:06" | 0.007 |
| "JuiceBox" | "1/20/2022 11:16:08 PM" | "1/21/2022 5:52:47 AM" | "06:36:39" | 18.273 |
| "JuiceBox" | "1/20/2022 11:12:04 PM" | "1/20/2022 11:12:07 PM" | "00:00:03" | 0.002 |
| "JuiceBox" | "1/20/2022 3:09:09 PM" | "1/20/2022 3:10:39 PM" | "00:01:30" | 0.072 |
| "JuiceBox" | "1/20/2022 3:06:09 PM" | "1/20/2022 3:08:39 PM" | "00:02:30" | 0.135 |
| "JuiceBox" | "1/20/2022 3:05:57 PM" | "1/20/2022 3:05:59 PM" | "00:00:02" | 0.01 |
| "JuiceBox" | "1/20/2022 2:50:33 PM" | "1/20/2022 2:50:50 PM" | "00:00:17" | 0.01 |
| "JuiceBox" | "1/10/2022 11:15:46 PM" | "1/11/2022 5:15:40 AM" | "05:59:54" | 14.465 |
| "JuiceBox" | "1/10/2022 11:12:43 PM" | "1/10/2022 11:12:46 PM" | "00:00:03" | 0.013 |
| "JuiceBox" | "1/10/2022 5:16:31 PM" | "1/10/2022 5:17:48 PM" | "00:01:17" | 0 |
| "JuiceBox" | "12/31/2021 11:15:18 PM" | "1/1/2022 5:12:05 AM" | "05:56:47" | 14.811 |
| "JuiceBox" | "12/31/2021 11:14:51 PM" | "12/31/2021 11:14:54 PM" | "00:00:03" | 0 |
| "JuiceBox" | "12/31/2021 8:15:15 PM" | "12/31/2021 8:15:17 PM" | "00:00:02" | 0.011 |
| "JuiceBox" | "12/31/2021 5:15:08 PM" | "12/31/2021 5:15:26 PM" | "00:00:18" | 0.01 |



SAN FRANCISCO CA 940
17 DEC 2024 PM 5 L

United States District Court for the Eastern District of Michigan
In re Chevy Bolt EV Battery Litigation
Case No. 2:20-13256-TGB-CI
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 253
Detroit, MI 48226

48226-278953

Yule
520 Petaluma Ave
Sebastopol, CA 95472