## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re Chevrolet Bolt EV Battery Litigation | ) | Case No. 2:20-cv-13256-TGB-CI |
| | ) | |
| | ) | Judge Terrence G. Berg |
| | ) | |
| | ) | Magistrate Judge Curtis Ivy |

### STIPULATED ORDER EXTENDING TIME TO FILE REPLY TO RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES AND SERVICE AWARDS

LG Energy Solution Michigan, Inc., LG Energy Solution, Ltd. and LG Chem, Ltd. (collectively, "LGES") and Plaintiffs, through their respective counsel, stipulate to the entry of an Order as follows:

1.      On January 24, 2025, LGES filed a Response to Plaintiffs' Motion for Attorneys' Fees, Expenses and Service Awards. ECF No. 186.

2.      Pursuant to LR 7.1, Plaintiffs' reply in support of their motion is due in seven days, on January 31, 2025.

3.      The Parties have met and conferred as to Plaintiffs' request to extend their reply deadline by two weeks, until February 14, 2025, to address the points raised in the response and in light of the additional time provided to defendants to file a response to the motion. LGES does not object to Plaintiffs' request. Even with

1

this extension, briefing on Plaintiffs' motion will conclude more than five weeks before the Fairness Hearing.

THEREFORE, Plaintiffs shall have until February 14, 2025 to file their reply in support of their Motion for Attorneys' Fees, Expenses and Service Awards.

**IT IS SO ORDERED.**

Dated: January 29, 2025          s/Terrence G. Berg

                                 HON. TERRENCE G. BERG
                                 U.S. District Judge

**STIPULATED AND AGREED TO:**

DATED: January 24, 2025

By: *E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
Mitchell J. Kendrick (P83705)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
mjk@millerlawpc.com

Ryan McDevitt (P84389)
Gretchen Freeman Cappio (P84390)
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

By: *Jason R. Burt (w/consent)*
Jason R. Burt
**LATHAM & WATKINS LLP**
555 Eleventh Street, Nw Suite 1000
Washington, DC 20004
USA
Tel: (202) 637-2200
Fax: (202) 637-2201
Jason.burt@lw.com

Mark S. Mester
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Mark.mester@lw.com

2

Tel: (206) 623-1900
Fax: (206) 623-3384
rmcdevitt@kellerrohrback.com
gcappio@kellerrohrback.com

*Interim Co-Lead Class Counsel*

*Attorneys for Defendants LG Energy Solution Michigan, Inc., LG Energy Solution Ltd. and LG Chem, Ltd.*