1  Jacob K. Kashani (298391)
   **THE LAW OFFICE OF JACOB K. KASHANI**
2  eservice@jakshanilaw.com
   jacob@jkashanilaw.com
3  6315 Van Nuys Blvd, Ste. 200
   Van Nuys, CA 91401
4
   Attorney for Plaintiff
5  HAMID TASHARROFI

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF MICHIGAN**
9

10

11 IN RE CHEVROLET BOLT EV           Case No.: 2:20-cv-13256-TGB-CI
   BATTERY LITIGATION
12                                   **NOTICE OF APPEARANCE OF
                                     COUNSEL FOR PLAINTIFF
13                                   HAMID TASHARROFI**

14
                                     Judge: District Judge Terrence G.
15                                   Berg
                                     Magistrate: Judge Curtis Ivy, Jr
16                                   Room:   701

17

18

19

20

21

22

23

24

25

26

27

28

-1-
NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF HAMID TASHARROFI

-2-

1  **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

2  PLEASE TAKE NOTICE that the undersigned attorney, Jacob K. Kashani, of
3  The Law Office of Jacob K. Kashani, hereby enters an appearance as counsel of
4  record for Plaintiff Noe Gomez in the above-captioned matter. All future
5  correspondence, pleadings, and notices should be directed to the undersigned at the
6  contact information provided below.

8  Respectfully submitted,

10 Dated: July 3, 2025                    THE LAW OFFICE OF JACOB K. KASHANI

11                                        By: /s/ Jacob K. Kashani
                                          Jacob K. Kashani, Esq.
12                                        Attorney for Plaintiff
                                          HAMID TASHARROFI