Joseph A. Kaufman, No. 228319
Scott A. Sanchez, No. 351467
**JOSEPH KAUFMAN & ASSOCIATES, INC.**
54 E. Holly Street
Pasadena, CA 91103
Telephone: 626-250-0405
Facsimile: 626-768-7066
joe@lemonlawaid.com
scott@lemonlawaid.com

Attorneys for Class Member SALVADOR TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re Chevrolet Bolt EV Battery Litigation* | Case No. 2:20-cv-13256-TGB-CI |
| | *Assigned to the Hon. Terrence G. Berg in Courtroom 701* |
| | **[PROPOSED] ORDER IN SUPPORT OF PLAINTIFF SALVADOR TORRES' MOTION SHOWING GOOD CAUSE RE VALID REQUEST FOR EXCLUSION** |
| | *Filed concurrently with Motion and Declaration of Salvador Torres* |
| | Hearing Date:   To Be Determined<br>Hearing Time:   To Be Determined<br>Dept:           701 |

///

///

1

[PROPOSED] ORDER

Plaintiff Salvador Torres's Motion Showing Good Cause To Deem His Request for Exclusion Valid came on for hearing on a date to be determined. After hearing all the arguments of counsel, and considering the papers submitted in support of and in opposition to the Motion, and good cause appearing,

IT IS ORDERED THAT Mr. Torres's Motion is granted in its entirety.

1. Class Member Salvador Torres's Request for Exclusion dated _____ is Deemed Valid.

2. Class Member Salvador Torres is hereby excluded from the Settlement Class.

DATED: _____

Honorable Terrence G. Berg

1. I hereby certify that on July 9, 2025, I filed the foregoing document entitled
2. **[PROPOSED] ORDER IN SUPPORT OF PLAINTIFF SALVADOR TORRES'**
3. **MOTION SHOWING GOOD CAUSE RE VALID REQUEST FOR**
4. **EXCLUSION** with the clerk of court using the CM/ECF system, which will send a
5. notice of electronic filing to all counsel of record in this action.

                                                          */s/ Norma Lara*

                                                            Norma Lara