# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re Chevrolet Bolt EV Battery Litigation* | Case No. 2:20-13256-TGB-CI <br><br> Honorable Terrence G. Berg |

## JOINT *EX PARTE* APPLICATION TO EXTEND FILING DEADLINE

Plaintiffs and Defendants (the "Parties') apply *ex parte* to extend by seven days, to and including July 31, 2025, the deadline for each Party to file an omnibus response to Settlement Class Members' motions filed pursuant to this Court's May 29, 2025 Order (ECF No. 203). This brief extension will not prejudice any Party or any movant, and it will not otherwise impact the case schedule. Pursuant to Local Rule 7.1(a)(2), the Parties notified counsel for the various movants on July 22, 2025 of their intent to request this 7-day extension, including by providing a copy of this application, but have not yet received a response. In support of this application, the Parties state as follows:

1.      On May 29, 2025, the Court issued an order setting out a procedure through which any person who believes that he or she validly opted out, but who does not appear on the settlement administrator's Amended Exclusion Report, may

file a motion on or before July 10, 2025 attempting to show good cause why their opt-out request should be treated as valid. *See* ECF No. 203. The Court's order provides that any of the Parties to this case (Plaintiffs and Defendants) may file an omnibus response to any such motions on or before July 24, 2025, and that "the Court will thereafter issue an Order resolving any disputes regarding the validity of any opt outs that were not included on the Amended Exclusion Report." *Id.*

2. In accordance with the Court's May 29, 2025 order, 35 motions and one letter were filed on behalf of over 800 individuals who did not appear on the Amended Exclusion Report (the "Motions").

3. The movants were left off the Amended Exclusion Report for a variety of different reasons—some never submitted a request for exclusion, others submitted untimely requests, many were listed in a mass opt-out with no other individual request for exclusion submitted, and still others used electronic signatures. And the 36 Motions present other distinct factual issues as well, in additional to several distinct legal arguments.

4. Defendant General Motors LLC ("GM") intends to file an omnibus response to the Motions, as do Defendants LG Energy Solution Michigan, Inc., LG Energy Solution, Ltd, and LG Chem, Ltd ("LGES Defendants"). In addition, Defendants LG Electronics USA, Inc. and LG Electronics, Inc. ("LGE Defendants") and Plaintiffs are contemplating filing their own respective omnibus responses. The

Parties previously stipulated to file any omnibus response within 14 days after the motion deadline. *See* ECF 203. The Parties are making a good faith effort to meet the July 24, 2025 deadline. However, given the number of motions filed, the Parties request an additional seven (7) days to complete their respective omnibus responses, and to coordinate those responses between the Parties in a way that will be most helpful to the Court.

5.      This brief seven-day extension will not prejudice any Party or movant, and it will not interfere with any other scheduled deadline—including the tentative September 29, 2025 supplemental hearing concerning final approval, ECF No. 199.

6.      The Court's inherent powers to manage its docket and Fed. R. Civ. P. 16 grant the Court authority to set and amend its scheduling orders, and to alter briefing schedules.

Therefore, the Parties request a brief 7-day extension for the Parties to file their respective omnibus responses, to and including July 31, 2025.

DATED: July 23, 2025

By: */s/ E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com

By: */s/ John Nadolenco*
John Nadolenco
Daniel D. Queen
Elisabeth M. Anderson
**MAYER BROWN LLP**
333 South Grand Avenue
47th Floor
Los Angeles, CA 90071
Tel: (213) 229-5173
Fax: (213) 625-0248

ssa@millerlawpc.com
dal@millerlawpc.com

Gretchen Freeman Cappio (P84390)
Ryan McDevitt (P84389)
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com

*Interim Co-Lead Counsel*

jnadolenco@mayerbrown.com
dqueen@mayerbrown.com
eanderson@mayerbrown.com

Archis Parasharami
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
Tel: (202) 263-3328
Fax: (202) 263-3300
aparasharami@mayerbrown.com

Andrew S. Roseman (P54869)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
aroseman@mayerbrown.com

*Attorneys for Defendant General Motors LLC*

By: */s/ Phoebe A. Wilkinson*
Phoebe A. Wilkinson
Samuel L. Zimmerman
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
Phoebe.wilkinson@hoganlovells.com
Samuel.zimmerman@hoganlovells.com

A. Michael Palizzi (P47262)
**MILLER CANFIELD**
150 West Jefferson Avenue, Suite 2500
Detroit, Michigan 48226
Tel: (313) 496-7645
Fax: (313) 496-7500

palizzi@miller.canfield.com

*Attorneys for Defendant LG Electronics USA, Inc.*

By: */s/ Mark S. Mester*
Mark S. Mester
Robert Collins
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Mark.mester@lw.com
Robert.collins@lw.com

Jason R. Burt
**LATHAM & WATKINS LLP**
555 Eleventh St., NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2201
Fax: (202) 637-2201
Jason.burt@lw.com

*Attorneys for Defendant LG Energy Solutions Michigan, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record. In addition, I have sent by electronic mail the foregoing document to the following movants' electronic mail addresses:

Brooke Avery Nosanchuk
Brooke@sgghlaw.com
Erik Johnson
Erik@sgghlaw.com
Patrick C. Lannen
Patrick@sgghlaw.com
STINAR GOULD GRIECO & HENSLEY
Counsel for Movants Manookian Individual Class Members

Loyst Fletcher, Jr.
Fletcher@loystlaw.com
LAW OFFICE OF LOYST FLETCHER, JR.
Counsel for Movants Tracy Law PC Individual Class Members Consumers

Laura J. Genovich
Lgenovich@fosterswift.com
FOSTER SWIFT COLLINS & SMITH, PC
Counsel for Movants Susan Nina Spadaro et al.

Guy Mizrahi
guy@jsgmlaw.com
Nicholas Yakoobian
nyakoobian@jsgmlaw.com
JSGM LAW
Jeffrey Soler
jeffsoler@1969@gmail.com
Counsel for Movant Jeffrey Soler

Patrick Margarian
patrick.k@margarianlaw.com

Hovanes Margarian
hovanesm@margarianlaw.com
MARGARIAN LAW
Narine Gabuchian
ngabuchian@gmail.com
Counsel for Movant Narine Gabuchian

Tionna Carvalho
tdolin@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
Counsel for Movants Jesus Damian et al.

Jacob Kashani
jacob@jkashanilaw.com
THE LAW OFFICES OF JACOB K. KASHANI, A.P.C.
Counsel for Movants Noe Gomez and Hamid Tasharrofi

Scott Anthony Sanchez
scott@lemonlawaid.com
JOSEPH KAUFMAN & ASSOCIATES
Counsel for Movants Dean C. Shelly and Salvador Torres

Jordan Grai Cohen
jordan@nolemon.com
CONSUMER LAW EXPERTS, P.C.
Counsel for Movants Yousef Abed Farah, Cindy Leggett, and Amelia Natt
Och Dag,

Respectfully submitted,

*/s/ Elisabeth M. Anderson*

Dated: July 23, 2025