## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re Chevrolet Bolt EV Battery Litigation* | Case No. 2:20-13256-TGB-CI<br><br>Honorable Terrence G. Berg |

## DEFENDANT GENERAL MOTORS LLC'S *EX PARTE* APPLICATION TO FILE BRIEF IN EXCESS OF PAGE LIMIT

Pursuant to Local Rule 7.1(d)(3)(A), Defendant General Motors LLC ("GM") applies *ex parte* for leave to file a brief exceeding the 25-page limit of Local Rule 7.1(d)(3). GM requests to file a brief in support of its Omnibus Opposition to Motions Challenging Determination of Validity of Requests for Exclusion ("Response") that is no more than 50 pages in length. In support of its application, GM states as follows:

1. On May 29, 2025, the Court issued an order setting out a procedure through which any person who believes that he or she validly opted out, but who does not appear on the settlement administrator's Amended Exclusion Report, may file a motion on or before July 10, 2025 attempting to show good cause why their opt-out request should be treated as valid. *See* ECF No. 203. The Court's order

provides that any of the Parties to this case (Plaintiffs and Defendants) may file an omnibus response to any such motions on or before July 24, 2025. *Id.* The parties have separately moved *ex parte* to extend that deadline by seven (7) days, to and including July 31, 2025.

2.      In accordance with the Court's May 29, 2025 order, 35 motions and one letter were filed on behalf of over 800 individuals who purportedly did not appear on the Amended Exclusion Report (the "Motions").

3.      Movants were left off the Amended Exclusion Report for a variety of different reasons—some never submitted a request for exclusion, others submitted untimely requests, many were listed in a mass opt-out with no other individual request for exclusion submitted, and still others used electronic signatures. And the 36 Motions present other distinct factual issues as well, in additional to several distinct legal arguments.

4.      GM is making a good faith effort to reduce the length of its forthcoming brief while still adequately addressing each of the motions and the various factual and legal arguments therein. However, due to the number of Motions and arguments raised, GM will need to exceed the 25-page limit set forth in the Local Rules by no more than 25 pages.

5.      Pursuant to Local Rule 7.1, the undersigned counsel certifies that GM's counsel communicated with counsel for the remaining parties in this matter on July

2

22, 2025, and the parties do not oppose GM's requested enlargement of the page limitation. GM's counsel provided counsel for Movants with a copy of this *ex parte* application on July 22, 2025, but as of the time of this filing has not received any response regarding any Movant's position on the application.

Therefore, GM respectfully requests that the Court enter an Order allowing GM to file an omnibus response not to exceed 50 pages, excluding signatures.

Dated: July 23, 2025

Respectfully submitted,

*/s/ John Nadolenco*
John Nadolenco
Daniel Queen
Elisabeth M. Anderson
MAYER BROWN LLP
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
Tel: 213.229.9500
Fax: 213.625.0248
jnadolenco@mayerbrown.com
dqueen@mayerbrown.com

Archis Parasharami
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: 202.263.3328
Fax: 202.263.5328
aparasharami@mayerbrown.com

Andrew S. Rosenman (P54869)
MAYER BROWN LLP
71 S. Wacker Driver
Chicago, IL 60606
Tel: 312.782.0600
Fax: 312.701.7711
arosenman@mayerbrown.com

Attorneys for Defendant
General Motors LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record. In addition, I have sent by electronic mail the foregoing document to the following movants' electronic mail addresses:

Brooke Avery Nosanchuk
Brooke@sgghlaw.com
Erik Johnson
Erik@sgghlaw.com
Patrick C. Lannen
Patrick@sgghlaw.com
STINAR GOULD GRIECO & HENSLEY
Counsel for Movants Manookian Individual Class Members

Loyst Fletcher, Jr.
Fletcher@loystlaw.com
LAW OFFICE OF LOYST FLETCHER, JR.
Counsel for Movants Tracy Law PC Individual Class Members Consumers

Laura J. Genovich
Lgenovich@fosterswift.com
FOSTER SWIFT COLLINS & SMITH, PC
Counsel for Movants Susan Nina Spadaro et al.

Guy Mizrahi
guy@jsgmlaw.com
Nicholas Yakoobian
nyakoobian@jsgmlaw.com
JSGM LAW
Jeffrey Soler
jeffsoler@1969@gmail.com
Counsel for Movant Jeffrey Soler

Patrick Margarian
patrick.k@margarianlaw.com

Hovanes Margarian
hovanesm@margarianlaw.com
MARGARIAN LAW
Narine Gabuchian
ngabuchian@gmail.com
Counsel for Movant Narine Gabuchian

Tionna Carvalho
tdolin@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
Counsel for Movants Jesus Damian et al.

Jacob Kashani
jacob@jkashanilaw.com
THE LAW OFFICES OF JACOB K. KASHANI, A.P.C.
Counsel for Movants Noe Gomez and Hamid Tasharrofi

Scott Anthony Sanchez
scott@lemonlawaid.com
JOSEPH KAUFMAN & ASSOCIATES
Counsel for Movants Dean C. Shelly and Salvador Torres

Jordan Grai Cohen
jordan@nolemon.com
CONSUMER LAW EXPERTS, P.C.
Counsel for Movants Yousef Abed Farah, Cindy Leggett, and Amelia Natt Och Dag,

Respectfully submitted,

*/s/ Elisabeth M. Anderson*

Dated: July 23, 2025