## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re Chevrolet Bolt EV Battery Litigation* | Case No. 2:20-cv-13256-TGB-CI |
| | Hon. Terrence G. Berg |

## STIPULATED ORDER CLARIFYING ORDER REGARDING MOVANTS' MOTIONS CHALLENING DETERMINATION <u>OF INVALIDITY OF REQUESTS FOR EXCLUSION</u>

On October 17, 2025, the Court issued its Order Regarding Movants' Motions Challenging Determination of Invalidity Requests for Exclusion ("Order"). *See* ECF No. 287.

The Declaration of Lana Cooper, attached as Exhibit 5 to the Declaration of Lana Cooper Regarding Requests for Exclusion ("Cooper Decl."), stated that "Upon further review, the [Settlement Administrator] has confirmed that 18 of the 1,827 individuals listed on the Amended Exclusion Report [ECF No. 174] were included due to inadvertent administrative error." Cooper Decl. ¶ 5, ECF No. 271-6, PageID.13394. The Cooper Declaration, and Defendants' Joint Omnibus Opposition, proposed that these 18 individuals be removed from the Amended Exclusion Report. *See* ECF No. 271-7, PageID.13400; ECF No. 271, PageID.12956

1

(Issue Presented No. 9); *Id.*, PageID.12999 (n.18).  The Court's Order did not address this point, and the Court hereby supplements its Order as follows:

1.    Exhibit A to the Cooper Declaration explains that 11 of the 18 individuals inadvertently listed on the Amended Exclusion Report already filed a motion challenging the administrator's invalidity determinations (ECF No. 223): Kevin Colmer, William M. Daisy, Fumiko Eve Docker, Jeffrey P Flexer, Guiseppe Florio, Beth A Fulton, Tania H. Gregorian, Alan P. Hall, Eduad Jacobus Schulten, James Yachern Wang, and Ronald Yu. ECF No. 271-7, PageID.13400. Other than James Yachern Wang, who simply did not sign the request for exclusion the administrator received for the provided VIN, the requests for exclusion received for each of these Settlement Class Members were electronically signed. *See* Cooper Decl., Ex. A. Therefore, their requests for exclusion do not comply with the Court's requirements for properly opting out of the Settlement Class, and their requests are "properly denied by the Settlement Administrator." *See* ECF No. 278, PageID.14319. Accordingly, the Settlement Administrator is directed to remove these 11 individuals from its forthcoming second amended exclusion report.

2.    Exhibit A to the Cooper Declaration explains that 7 of those 18 individuals inadvertently listed on the Amended Exclusion Report did not file any motion challenging the administrator's invalidity determinations: Marilyn Au, Dana C. Barnes, Jonathan David Fisher, Gregory D. Foster, Lynn Rae Gleason, Stephen

Howard, and Paul Ho Ryu.[1] The opt-out received from Ms. Barnes was postmarked March 12, 2025 and was therefore untimely. The administrator states it in fact received no opt-out request from Jonathan David Fisher. The remaining opt-outs in this group were electronically signed. Thus, none of these seven individuals properly opted out, either. Their requests are properly denied by the administrator for the reasons explained in this Court's Order. ECF No. 278, PageID.14315-14317, 14319-14325. The Settlement Administrator is therefore directed to remove these 7 individuals from its forthcoming second amended exclusion report.

**IT IS SO ORDERED.**

Dated: October 24, 2025          s/Terrence G. Berg
                                 HON. TERRENCE G. BERG
                                 U.S. District Judge

---

[1]  The correct VIN for Paul Ho Ryu is 1G1FZ6S07M4102175, not 1G1FW6S01L4145935 as listed in Cooper Declaration Exhibit A.

3

**STIPULATED AND AGREED TO:**

DATED: October 22, 2025

By: */s/ Dennis A. Lienhardt*

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

Gretchen Freeman Cappio (P84390)
Ryan McDevitt (P84389)
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com

*Interim Co-Lead Counsel*

By: */s/ John Nadolenco*

John Nadolenco
Daniel D. Queen
Elisabeth M. Anderson
**MAYER BROWN LLP**
333 South Grand Avenue
47th Floor
Los Angeles, CA 90071
Tel: (213) 229-5173
Fax: (213) 625-0248
jnadolenco@mayerbrown.com
dqueen@mayerbrown.com
eanderson@mayerbrown.com

Archis A. Parasharami
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
Tel: (202) 263-3328
Fax: (202) 263-3300
aparasharami@mayerbrown.com

Andrew S. Roseman (P54869)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
aroseman@mayerbrown.com

*Attorneys for Defendant General Motors LLC*

By: */s/ Samuel L. Zimmerman*

Phoebe A. Wilkinson
Samuel L. Zimmerman
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
Phoebe.wilkinson@hoganlovells.com
Samuel.zimmerman@hoganlovells.com

A. Michael Palizzi (P47262)
**MILLER CANFIELD**
150 West Jefferson Avenue, Suite 2500
Detroit, Michigan 48226
Tel: (313) 496-7645
Fax: (313) 496-7500
palizzi@miller.canfield.com

*Attorneys for Defendant LG Electronics USA, Inc.*

By: */s/ Jason R. Burt*

Mark S. Mester
Robert Collins
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Mark.mester@lw.com
Robert.collins@lw.com

Jason R. Burt
**LATHAM & WATKINS LLP**
555 Eleventh St., NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2201

5

Fax: (202) 637-2201
Jason.burt@lw.com

*Attorneys for Defendant LG Energy Solutions Michigan, Inc.*