**Form 1A**

**Notice of Appeal to a Court of Appeals From a
Judgment of a District Court**

United States District Court for the <u>Eastern</u>
District of <u>Michigan</u>
Docket Number <u>2:20-cv-13256-TGB-CI</u>

<table>
<tr><td>

Noe Gomez

v.

In re Chevrolet Bolt EV Battery Litigation
<u>       </u>, Defendant

</td><td>

Notice of Appeal

</td></tr>
</table>

, Plaintiff

<u>All Plaintiffs</u> (name all parties taking the appeal)* appeal
to the United States Court of Appeals for the <u>Sixth</u> Circuit
from the final judgment entered on <u>12/22/2025</u> (state the date
the judgment was entered).

(s) <u>Laura J. Genovich</u>
*Attorney for* <u>all plaintiffs</u>
*Address*: <u>1700 E. Beltline N.E., Ste. 200, Grand Rapids, MI</u>

[***Note to inmate filers:*** *If you are an inmate confined in an
institution and you seek the timing benefit of Fed. R. App. P.
4(c)(1), complete Form 7 (Declaration of Inmate Filing) and
file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.