MIED (Rev. 04/09/06) Notice of Appeal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALTOBELLI, et. al

          Plaintiff(s),

                                        Case No. 2:20-cv-13256-TGB-CI

v.

                                        Judge Terrence G. Berg

                                        Magistrate Judge Cutris Ivy, Jr.

General Motors, LLC

          Defendant(s).

_____/

## <u>AMENDED NOTICE OF APPEAL</u>

Notice is hereby given that **Susan Nina Spadaro, et. al (see full list attached)** appeals

[Name of Party]

to the United States Court of Appeals for the Sixth Circuit from the:    ✗ Judgment    " Order

" Other: _____

entered in this action on _____December 22, 2025._____

[Date]

Date: <u>January 20, 2026</u>              */s/ Laura J. Genovich*
                                               Signature

Counsel is: <u>Retained</u>                    P72278

[CJA, FDO, pro se, pro bono, retained, U.S.Atty]      Bar No.

                                            1700 E. Beltline NE Suite 200

                                            Street Address

                                            Grand Rapids, MI 49425

                                            City, State  Zip Code

                                            (616) 726-2200

                                            Telephone Number

                                            lgenovich@fosterswift.com

                                            Primary Email Address

Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make your $605.00 check payable to:  Clerk, U.S. District Court.

**Appellants**

SUSAN NINA SPADARO, SALEEM WASIF and NAVEEN WASIF, Charles Medrano, SIDDESH SHIVAKUMARASWAMY, MICHAEL DAVID DRENNAN and NATALIE M. DRENNAN, SALAMAT ALSHYN, TODD ANTHONY LINDA, RHONDA M WARD, CARYN REMINGTON MASON, LISA KIRK SIMMONS, ALFRED TERRY CLAPHAM and DAUN KAROLINE CLAPHAM, MARK STANTON HANDY, Young Hoonjung, JESSICA A. PEMBERTON and MARK M. PEMBERTON, STEVEN ALLEN MALSAM, Valeria OBrien and Kevin OBrien, ELIZABETH ROSE BERRY and DALE WARREN BERRY, ADAM MICHAEL SWISER, BRYAN HODGSON, DAHLIA ALAMMAR, STEVEN MICHAEL KOLLINS, NSHAN SMBATIAN, MICHAEL TURNER and KOREINA VANOVER, JILL ANGELINA FANELLO, THOMAS JAY PARK and EXALTACION REYES PAR, MOHAMED AMIN GAZALY, CHANDU VADLAPATLA, PAUL J. FRETHEIM, NATAN LAVI, JORGE HORACIO SECCIA, VISWANATH JAKKAM, UZMA ABDULLAH, CRAIG A. LOFTIN and MAXIMINA C. LOFTIN, FAHD CHEMALY, ABDULLAH ABUSBEAA, URS REIST, JAMES JOSEPH PARIS, KASHIF SALEEM, PRESTON KIRK BROWN, JONATHAN DAVID LITTLE and KATHERINE JOAN LITTLE, CALLA BACHARACH GANZ, CHRISTOPHER MAHLE, ANASTASIA REINHARD and WILLIAM BERKOWITZ JR., MARCUS ROARK and LISA MCCULLOUGH, DONALD CRAIG KELLIHER, ANDREW B. WRIGHT, TERRY GIBBON and BARBARA GIBBON, Sterling Callahan, SEUNG UK LEE, GABRIEL BENJAMIN ETS-HOKIN, ANIL DHIMAN, WILL E. TOPEROFF, HENRY TAYLOR EVANS and VIOLETA SONIA EVANS, JARED GARTH BUTLER, MOHAMMED ALSANABANI and SALEH AHMED, Joaquin C. Aduna, Lee De La Garza, PETER WALL and SOLEAP WALL, LISA SIMMONS, ANGELO CLEMENZI-ALLEN, TERRIANN RENEE CAIL, CLAIRE JOSEPH, Helena Clarkson, Debora Mckinney, Gary Saxer, Jeffrey Sherwood Curtis and Jane Breguera Lucero, Thomas E. Craven Jr., HONGTAO YU, Michael E. Scheimer and Wilma J. Routman, Loren James Barrick and Krista Henry Degenkolb, DESIREE A. RUSS and JOHN MICHAEL RUSS, AMANDA COLLEEN HALPIN, DARRYL MORRIS and LUZ SAN MATEO, JENEVIEVE PRICE and MATTHEW PRICE, JOEL STEPHEN JOHNSTONE and ADA YAN, CINDY Y. WONG, KACY JUN, Christine S Wallington, PHIL ROSSINGTON, Lake Sharp, JOHN HYDE and WENJIE HYDE, Wael Elatar, SAM WONG, HEINZ MARTIN DULLINGER, RUCHI AGRAWAL and TASHUR AGARWAL, PAOLO MASSIMI, RAUL MENDOZA and DAWN M. MENDOZA, Kirstie Innes Fournier, SHAREEF ALI, JEFFREY DAVID HAHN and DANY HAHN, Erika K. Beck, Mary Kavitha Ramisetty, BARUCH ALLAN HARARI and EMILY B. HARARI, TAL ALLWEIL, Naila Khan and Umar Khan, James Billings, Saman Bangloria, Rebecca Evans, BHARAT PATEL and BINAL PATEL, RICK B. MARTEL, KHALED SMAIEL ALTAYIB, Lokesh Shamanna, KARSEN WANG, GLENN DE CAUSSIN, Moneka A Azer, GREGORY RICHARD SCHASIEPEN, Margo Dean, Cathy Lynn Connor, VICTOR GONZALEZ, SETH AARON ARNOPOLE, Eric Gerhardt, CHRISTINA CHECEL, HANNAH HYEKYONG CHI and ETHAN CHI, MICHAEL NARON, Jim Cassi, MARGARET CARLSON, Jordan Andrew Maccrum, ASHLEY LOUISE RICH, JOHN C. SHEN, AHMED R. KHAN, Zale Blackwell and Celeste Karch, SRINATH BADRINATH VENGALATHUR, ANNETTE RODRIGUES and CHARLES SMITH, Kevin M RosenQuan, CHRISTIAN CHRIS PRINCE and ESTHER MARIA DELACRUZ, Jane Frances Swords, MARTIN GONZALEZ and KRISTIN GONZALEZ, Khan Ba Nguyen, THOMAS DANIEL LEE and STACEY CHRISTINE HILL, NITA NAIR and ABHILASH NAIR, SRINIVASA BANTUPALLI, EDUARDO CUEVAS and Alba Maria Blandon, LAWRENCE LEVEE, EDUARDO CUEVAS, EDGHAN B. DE LA CRUZ, GEORGE W CONDRASHOFF and BENITA GWYN ASHER, GOUTHAM KUMAR VIJAYAKUMAR, CARLO MEDINA, RUPINDER JUDGE, DION LEE ABELLON, KATHRYN ELIZABETH NAJERA, RYAN CHRISTOPHER STANFIELD, NICOLAS WALSH, JOHN LOUIE FLETCHER and SUSAN DILLON, GLORIA CALZADA, CHRISTOPHER MAYO, ELLIOTT MINGE BROWN and DEBORAH ALI KELSON, GILBERT JOSEPH JACKSON, WOOSUNG LEE AND ELIZABETH T. SUNG, Marco Fabio Romani, SCOTT GOLDSTEIN, NAGA VENKATA TEJASWI CHAVALI, ALICE WALSH, DAVID MONDRAGON and KEVIN MONDRAGON, SUSAN SROUR, JOSE GUEVARA and MARK A GUEVARA, MICHAEL ANGELO ROJANO and SAM GUTIERREZ, JR., JAMES DUBOIS, MICHAEL ROJANO, JULIA JEAN COWAN and ANDREW CRAIG FORREST COWAN, LESLIE PETERSIL, LOU RUIZ, JOSE MIGUEL LIM IV, MICHAEL JEREMY SHAFFER, ROBIN BADERSCHNEIDER, ANGELO VELAZQUEZ, XAVIER LASSALLE, VICTORIA OTYEHEL, JONATHAN CAREN, LARS ERIC ENG, JOY FLYNN and MICHAEL FLYNN, NELSON L. CASTORILLO, BRYAN BROWN and AMBER BROWN, JUAN DE LA SOTTA, TROY DULAY, BRADLEY DEAN DAVIS, NORMA NEWELL AND SCOTT NEWELL