Dani K. Liblang (P33713)
*danil@liblanglaw.com*
THE LIBLANG LAW FIRM, P.C.
346 Park Street, Suite 200
Birmingham, MI 48009
Telephone: (248) 540-9270
Facsimile: (248) 433-1989

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE CHEVROLET BOLT EV BATTERY LITIGATION** | **2:20-CV-13256-TGB-CI** HON. TERRENCE G. BERG <br><br> **INDIVIDUAL CLASS MEMBERS' NOTICE OF APPEAL** |

The individual class members referenced herein hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on December 22, 2025:  Jesus Damian, Gabriel Perez, Ejaz Mohammad, Carol Blaschke, Jeffrey Griffin, John Scandurra, Armik Shahnazarian, Teng Wu, Mark Siroky, Elizabeth Moore, Janet L Allen, Jung Park, Kenneth Tibbot, Kenneth Rickerman, Vipul Shah, Ezzat Gabriel, Joden Paul Sanguinetti, Victor Fernandez, Beth Gregorian, Gabriela Johnson, Seyed-Shahab Amini, Eric Bradle, David Zimmermann, Hratchia Tom Zarian, Laurie Noe, William Zimmerman, Ellen Rudolph, Masaki Kobayashi, Kiumars Khalili, Michael Backes, Blanca Aviles,

Vaibhav Bheda, Andrew S Love, Grigor Golamirians, Susanne Castro Carl Koncz, Nancy C Rieser, John H Taylor, Vishal Shivaji Mahadkar, Fredy R Chalco, Sara Fallas-Dweck, Bradlee J Berry, Aerin Schlumpberger, Syed Bahaul Huq, Hugh Royston Cousins, Hsueh-Sheng Michael Cheng, Abigail Elaine Terrasas, Quoc Si P Le, Thomas R. Omstead, Nancy Woan-Ming Fairbanks, and Rudolph Gizzi Jr..

January 20, 2026

By  */s/* Dani K. Liblang
       Dani K. Liblang
Attorneys for the Joining Class Members
Dani K. Liblang (SBN P33713)
*danil@liblanglaw.com*
THE LIBLANG LAW FIRM, P.C.
346 Park Street, Suite 200
Birmingham, MI 48009
Telephone: (248) 540-9270
Facsimile: (248) 433-1989

2