## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re Chevrolet Bolt EV Battery Litigation* | Case No. 2:20-cv-13256-TGB-CI |
| | Hon. Terrence G. Berg |
| | Magistrate Judge Curtis Ivy |

---

## JOINT NOTICE OF APPEAL

Notice is hereby given that Appellant's Individual Class Members represented by the Manookian Law firm ("Manookian Appellants" or "Manookian Individual Class Members"), parties to the above-captioned action and identified in the district court docket as Manookian Movants, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the district court's denial of the Manookian Movants' Motion to Find Requests For Exclusion Valid For Good Cause Under ECF No. 203 (ECF No. 287) entered on October 17, 2025, the denial of the Manookian Movant's Motion for Reconsideration by Manookian Individual Class Members (ECF No. 308), and Final Approval of Class Action Settlement (ECF No. 308) entered on December 22, 2025.

This appeal encompasses all adverse rulings embodied in the foregoing judgment or order, as well as any and all antecedent or interlocutory rulings, findings, and orders merged therein. Appellants' state their intent to seek review and

reversal and/or vacatur of the final judgment and orders and any related rulings on the grounds that the district court erred in denying the Manookian Movants' Motion to Find Requests For Exclusion Valid For Good Cause Under ECF No. 203 (ECF No. 223), erred in denying reconsideration of the determination of invalidity of opt-out requests the court abused its discretion in final approval of the settlement under Rule 23(e). This notice is timely under Fed. R. App. P. 4(a).

Appellant designates the record on appeal pursuant to Fed. R. App. P. 10 and applicable local rules and will comply with the Sixth Circuit's requirements regarding the ordering of transcripts and the filing of the Civil Appeal Statement. The appropriate filing fee is being paid contemporaneously with this Notice of Appeal.

The Manookian Appellants consist of the following individuals:

Adrian Arceo, Allan Goldenberg, Andy Tran, Angela Smith, Anthony Maggio, Anuj Patel, Barry Nicholls, Brian Nishinaga, Brian Shortridge, Bruce Parker, Catherine Lewis, Celestial Meeker, Chad Kotta, Cherise Sims, Christoph Heidelberger, Clark Warner, Cory Wyler, Cuong Pham, Dana Snyder, Daniel Alvarado, Daniel Forer, Darlene Falzarano, Dave Taboada, David Galindo, David Ruth, Derek Gipson, Dermot Katie Stratton, Donald Adams, Edmund Giusti Jr., Edward Gomes, Elizabeth Dolmatch, Eloisa Sarao, Florina Parra, Francois-Xaviet Fyad, Gary Schlossnagle, Green Commuter, Inc., a California Corporation, Henry

Ward, Howard Chang, Jeffrey Moridani, John Bedford, Jonathan Stein, Joselito Quirap, Josh Owyang, Juan Cabezuelo, Julian Hernandez, Karineh Naaman, Katrina Isip, Ken Fineman, Kristan Gordon, Leonard Walker, Li Jia, Lisa Taft, Loren Reynolds, Luc Deschaumes, Maarten Deshaumes, Madhu Garlapati, Makai Magie, Mallory Johnson, Manar Totonji, Marie Beck-Woods, Marin Pederson, Mark Rice, Mark Zeleznick, Michael Boyd, Michael Hanken, Michael McCay, Nancy Mccarthy, Neil Vesco, Nick Nguyen, Osamah Haddad, Patrick Furey, Paul Lane, Paul Tanjutco, Pavel Tsarinsky, Pedro Galindo, Peter Somberg, Peter Stankis, Philippe Piernot, Po Wei Lin, Rachel Phillips, Rebecca Taylor, Richard Nuhn, Robert Kenneth Pardue, Robert Sargent, Ronald Merckling, Ronald Yu, Ryan Wolfe, Sacho Kondovski, Salvador Artero, Sanjeevani Mahatme, Sara Cohen, Shaikh Shoaib, Shay Park, Shyam Lal, Sima Nekoui, Sommer Davis, Stephan Reese, Steven Bruce Mason, Steven Kuranishi, Steven Lauridsen, Steven Orenstein, Sung-Huang Lee, Tatiana Petrela, Thomas Levy, Todd Waring, Tracey Croom, Vincent Reyna, Volkert Besseling, Wai Chew, Walead Beshty, Walter Holland, Wayne Haskell, Wei Li, Wescott David, Wesley Raye, Yonathan Harush, Yong Oh, Zachary Fannin, Aaron Peterkin, Adam Fernandez, Adrianne Ferree, Alex Cole, Alexander Morris, Alfredo Hidalgo, Ali Syed, Alice Finch, Alicia Gaitan, Alison Hobbs, Allen Weingartner, Amanda McCormack, Ana Pontes, Angelina Judy, Anna Macias, Anne Kessler, Anne Pinsker, Annelies Jaskomuller, Annette Torres,

3

Armando Tovar, Arreguin Edward, Barbara Bocek, Barry Irvin, Basom Jonas, Bernard Lantsberger, Brad Katuna, Brandon Aguilar, Brett Gurrola, Brian Wilson, Carlito Cudia (Paulo), Carlos Carmona, Carolyn Holmes, Catrice Brumfield, Cecilia Penera, Cesar Cardenas, Chad Reynolds, Chandra Baid, Chandrase Nethi, Charles Bonner, Charles Monk, Charlotte Booth, Christine Bourg, Christopher Araujo, Claude James Hill, Clyde Charlton, Corine Fraund, Craig Taylor, Damian Marhefka, Daniel Bocek, Daniel Kaufman, Daniel Keenan, Daniel Ouchi, Daniela Moebus, David Besbris, David Bickel, David Byrne Reese, David Early, David Evan Koerner, David Hillenbrand, David Hochschild, David Hoffman, David Nevell, David Padlina, David Smith, David Sweet, David Young, Deborah Vanni, Dee Ann Ross, Dennis Lessel, Dennis Rodoni, Deoborah Acosta, Diane Rossiter, Donald Smith, Eileen Balian, Ekaterina Garner, Elaine Rosen, Elizabeth Guzman-Calles, Elliott Koretz, Emerald Rayden, Eric Angress, Eric Turano, Eric Wietstruk, Erik H Hillestad, Eve English, Ever Quinonez-Alcivar, Fahad Kaiser, Fumiko Docker, Gary Lou Tong, Gerald Bianchini, Gina Munch, Gisho Tatsutani, Glen Krueger, Glenn Herrero, Glenn Hom, Glenn Ritsema, Grace Woo, Grant Colfax, Gregory Adams, Gregory Chatfield, Hamzeh Ramadan, Hari Dharan, Heather Cheng, Helen Gordon, Helen Schwartz, Henry Bersales, Henry Brandon, Irene Cowhig, Jakson Alvarez-Naranjo, James Yang, Jan Poelmann, Jason Alexander, Jason Bunch, Jay Wood, Jeff Kim, Jeff Selby, Jeffrey Narvid, Jeffrey Wasson, Jennifer Farrell, Jennifer Ireland,

4

Ji Won Kang, Joel Newton, John Baskin, John Chou- Chunh-Ih, John Kilby Jr., John O'connor, John Opjorden, John Valentine Jr., John Weinstein, John Wong, Johnny Allen, Jon Aday, Jonn Aque, Jordan Levine, Jose Luis Loaiza, Joseph Piazza, Joseph Szal, Juan Escoto, Justin Dittrich, Justin Hepworth, Jyoti Baid, Kara Noble, Karen Nutkiewicz, Katerina Boyko, Kathleen Hallam, Keith Molkner, Keith Siu , Keith Storey, Kendall Smith, Kevin Cunningham, Kulbir Mand, Lanni David, Larry Wagner, Laura Marie Garcia, Laura Wolf, Laurie Siegel, Lawrence Herbinaux, Leo Tsau, Lilian Chocoj, Liliane Loaiza, Lindsay Holbrook, Lisa Plonsker, Lorin FinkLynn Henry, Marc Litalien, Marc Turndorf, Margarit Sislyan, Marie Crawford, Marie Gilliam, Mark Allen, Mark Dannerth, Mark Tomas, Mark Waldron, Mark Williams, Martin McClintock, Matt Ruby, Matthew Plonsker, Matthew Proffit, Mehdi Ebad, Michael Gagne, Michael Gale, Michael Macdermott, Michael Martin, Michael Olado, Michael Shank, Mikhail Korsunsky, Miles Tomke, Milton Greenberg, Milton Venetos, Mo Brien, Monica Doner, Mustafa M Muhamed Ali, Napallo Gomez Somer, Narmadha Kanakarajan, Nathanael Rick, Nicholas Peyton, Ori Tzvieli, Pamela Creedon, Paul Horcher, Paul Lima Jr., Paul Marsh, Paul Mullenhoff, Paul Rye, Peggy Holter, Penglin Niu, Peter Holbrook, Peter Spellman, Quenelmo Vargas, Rafaela Sanchez, Ralph Niewmierzycki, Randall Harris, Ravishankar Jonnalagadda, Ray Hannon, Raymond Warner, Richard Brown, Richard Egelhofer, Richard Johnston, Richard Sanz, Robert Baumhefner, Robert

5

60281111.1

Dunn, Robert Ginn, Robert Heiple, Robert Kittel, Robert Kunzler, Robert Lobach,

Robert Silverstein, Roxanne Humphries, Ruba Yazji, Rui Wang, Russel Vorce, Sai

Deepthi, Samia Ali, Sandra Dodgers, Sarabjeet Chugh, Scott Brandt, Seniwaty lawi,

Serena Rivera, Shea Cunningham, Sheila Bongiovanni, Sheila Callaghan, Sothia

Turano, Spaman Elaine, Stephen Wilson, Steve Beuerle, Steven Lopez-Lavalle,

Suhail Mulla, Susan Rahman, Susan Wreden, Susanne Ferreira, Suzanne Chaves,

Suzanne Clarke, Suzanne Feller-Otto, Sykora, Gregory, Thanh- Van Thi Vo,

Thomas Naehr, Tim Clougherty, Timothy Duff, Timothy Sears, Todd Anderson,

Tracy Campbell, Tracy Tynan, Trevor Hoyt, Trudy Riggen, Vahik Khechoomian,

Valentin Adamzadeh, Venkatesa Vijayakumar, Vince Nakayama, Vincenzo

Catalfamo, Vuong Nguyen, Walid Argahndewal, Walter Kinney, Warren Yu,

Wilfred Leano, William Wimbish, Xu Chen, Xuan Luo, Yeprem Yeghikian, Yi Liu,

Yiyao Wu, Yong Oh, Yuri Lukyanov, Zhanpeng Yi, Zhen Xiang Cai

Respectfully submitted,

By: /s/ *Erik H. Johnson*
Erik H. Johnson (P85017)
Patrick C. Lannen (P73031)
Brooke A. Nosanchuk (P86293)
**Stinar Lannen, PLLC**
280 West Maple, Suite 230
Birmingham, MI, 48009
Patrick@StinarLannenLaw.com
Erik@StinarLannenLaw.com

6

60281111.1

7

Dated: January 20, 2025       *Counsel for Manookian Appellants*

60281111.1

**PROOF OF SERVICE**

The undersigned certifies that on January 20, 2026, a copy of the foregoing document was served on each of the attorneys of record via:

☒E-FILE ☐E-SERVE ☐U.S. MAIL ☐HAND
DELIVERY
☐UPS ☐FEDEX ☐OTHER ☐EMAIL

 /s/ *Erik Johnson*

8

60281111.1