UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Robin Altobelli, et al.,

Plaintiff(s),

v.

Case No. 2:20−cv−13256−TGB−CI
Hon. Terrence G. Berg

General Motors LLC, et al.,

Defendant(s).


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on January 21, 2026.


KINIKIA D. ESSIX, CLERK OF COURT


By: s/ T Mullen
Deputy Clerk


Dated:   January 21, 2026