UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robin Altobelli, et al.,

Plaintiff(s),

v.

General Motors LLC, et al.,

Defendant(s).

Case No. 2:20–cv–13256–TGB–CI
Hon. Terrence G. Berg

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on January 21, 2026.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ T Mullen
       Deputy Clerk

Dated:   January 21, 2026